FILED

Nov 13  1 53 PM '03

U.S. DISTRICT COURT
NEW HAVEN CONN

| | |
|---|---|
| MERRY CHARTERS, LLC and CARL SHILLO<br>Plaintiffs | : CIVIL ACTION NO.<br>: 3:02CV336(MRK) |
| v. | : |
| TOWN OF STONINGTON, STONINGTON<br>PLANNING & ZONING COMMISSION,<br>ZONING BOARD OF APPEALS OF THE<br>TOWN OF STONINGTON, EDWARD T.<br>SULLIVAN and GEORGE THAYER<br>Defendants | :<br>:<br>:<br>:<br>:<br>: NOVEMBER 12, 2003 |

## JOINT MOTION FOR ENLARGEMENT OF SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16 (b) and Local Rule 9 (b), the Defendants, Town of Stonington, Stonington Planning & Zoning Commission, George Thayer and Edward Sullivan, and the Plaintiffs, Merry Charters, LLC and Carl Shillo, hereby request that the case management deadlines set forth in the Scheduling Order, dated September 19, 2003, be modified in accordance with the deadlines set forth below:

1. Fact Witness Depositions completed by **January 27, 2004**

2. Depositions of Plaintiff's Experts completed by **January 27, 2004**

3. Defendants to Designate Experts by **January 27, 2004**

4. All Discovery, including depositions of defendant's expert witnesses will be completed by **March 1, 2004**

5. Joint Trial Memorandum filed by thirty days after decision on dispositive motions.

6. Dispositive Motions filed by **March 1, 2004**

ORAL ARGUMENT IS NOT REQUESTED

7.  Trial Ready by **April 30, 2004.**

The additional time is necessary due to the recent appearance of new counsel on behalf of the plaintiff, and various trial conflicts with the present order.

WHEREFORE, the parties respectfully request that the scheduling order be modified in accordance with the dates set forth above.

| | |
|---|---|
| PLAINTIFF,<br>MERRY CHARTERS, LLC<br><br>By: _____<br>Frank N. Szilagyi<br>ct07859<br>Silvester & Daly<br>72 Russ Street<br>Hartford, CT 06101<br>(860) 278-2650<br>(860) 727-9243 (fax) | DEFENDANTS,<br>TOWN OF STONINGTON and<br>STONINGTON PLANNING & ZONING<br>COMMISSION<br><br>By _____<br>Melinda A. Powell<br>ct 17049<br>mpowell@hl-law.com<br>Howd & Ludorf<br>65 Wethersfield Avenue<br>Hartford, CT 06114<br>(860) 249-1361<br>(860) 522-9549 (fax) |

2

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 12th day of November, 2003.

Melinda A. Powell
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361

Frank J. Szilagyi, Esquire
Josphine A. Spinella, Esquire
Silvester & Daly
72 Russ Street
Hartford, CT 06106

3