FILED

JAN 8  12 05 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MERRY CHARTERS, LLC : | NO.: 3:02CV336(MRK) |
| : | |
| v. : | |
| : | |
| TOWN OF STONINGTON, STONINGTON : | |
| PLANNING & ZONING COMMISSION, : | |
| ZONING BOARD OF APPEALS OF THE : | |
| TOWN OF STONINGTON, EDWARD T. : | |
| SULLIVAN and GEORGE THAYER : | JANUARY 6, 2004 |

## APPEARANCE

Please enter the appearance of Melinda A. Powell as attorney for the defendants, Town of Stonington and Stonington Planning & Zoning Commission, in addition to the appearances presently on file in the above-captioned matter.

DEFENDANTS,
TOWN OF STONINGTON and
STONINGTON PLANNING & ZONING
COMMISSION

By /s/ Melinda A. Powell
Melinda A. Powell
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
ct17049

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. mail to the following counsel of record this 6th day of January, 2004.

Frank J. Szilagyi, Esquire
Josphine A. Spinella, Esquire
Silvester & Daly
72 Russ Street
Hartford, CT 06106

*Melinda A. Powell*
Melinda A. Powell
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361

2