UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MERRY CHARTERS, LLC | : | NO.: 3:02CV336(MRK) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF STONINGTON, STONINGTON | : | |
| PLANNING & ZONING COMMISSION, | : | |
| ZONING BOARD OF APPEALS OF THE | : | |
| TOWN OF STONINGTON, EDWARD T. | : | |
| SULLIVAN and GEORGE THAYER | : | JANUARY 7, 2004 |

## APPEARANCE

Please enter the appearance of Melinda A. Powell as attorney for the

defendants, ***Zoning Board of Appeals of the Town of Stonington, Edward T.***

***Sullivan and George Thayer***,  in the above-captioned matter.

                          DEFENDANTS,
                          ZONING BOARD OF APPEALS
                          OF THE TOWN OF STONINGTON,
                          EDWARD T. SULLIVAN and
                          GEORGE THAYER


                          By_____
                            Melinda A. Powell
                            Howd & Ludorf
                            65 Wethersfield Avenue
                            Hartford, CT  06114
                            (860) 249-1361
                            ct17049

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. mail to the following counsel of record this 7th day of January, 2004.

Frank J. Szilagyi, Esquire
Josphine A. Spinella, Esquire
Silvester & Daly
72 Russ Street
Hartford, CT  06106

_____
Melinda A. Powell
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361