UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MERRY CHARTERS, LLC and : <br> CARL SHILLO : <br> : <br> v. : <br> : <br> TOWN OF STONINGTON, STONINGTON : <br> PLANNING & ZONING COMMISSION, : <br> ZONING BOARD OF APPEALS OF THE : <br> TOWN OF STONINGTON, EDWARD T. : <br> SULLIVAN and GEORGE THAYER : | NO.: 3:02CV336 (MRK) <br><br><br><br><br><br><br><br> FEBRUARY 19, 2004 |

**<u>DEFENDANTS' MOTION TO COMPEL DEPOSITION AND PRODUCTION OF DOCUMENTS BY STEVEN SABO, A NON-PARTY FACT WITNESS AND MOTION TO PRECLUDE</u>**

The defendants in the above matter hereby respectfully move this Court, pursuant to Rule 37 and 45(e) of the Federal Rules of Civil Procedure, to issue an order against a non-party witness, Steven Sabo, Director of Bus Sales at Mohegan Sun casino, compelling his attendance at a deposition and to produce documents relating to any business relationship with the plaintiff.

In accordance with the above Rules, the defendants hereby certify that they have in good faith attempted to confer with Mr. Sabo (through counsel, Mark Hamilton) in an effort to secure his deposition or the information sought without court action, but have been unsuccessful.

ORAL ARGUMENT IS NOT REQUESTED

WHEREFORE, the defendants respectfully request that this Court grant this motion, or preclude evidence of damages relating to plaintiff's business relationship with Mohegan Sun casino.

Pursuant to Local Rule 9, a memorandum of law and an affidavit of the undersigned are attached to this motion.

DEFENDANTS,
TOWN OF STONINGTON,
STONINGTON PLANNING &
ZONING COMMISSION, TOWN OF
STONINGTON ZONING BOARD OF
APPEALS, EDWARD SULLIVAN and
GEROGE THAYER

By_____

Melinda A. Powell
ct17049
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114
860 249-1361
(860) 249-7665 (Fax)
mpowell@hl-law.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 19th day of February, 2004.

Frank J. Szilagyi, Esquire
Josephine A. Spinella, Esquire
Silvester & Daly
72 Russ Street
Hartford, CT  06106

AND a copy has been mailed and served upon:

Steven Sabo, Director of Bus Sales
c/o Mark Hamilton, Esquire
Legal Department
Mohegan Sun Casino
Uncasville, CT 06382

_____
Melinda A. Powell