# ANALYTIC RESOURCES, LLC

*Economic and Financial Analysis*

*Policy Evaluation*

*Statistical Analysis*

*Litigation Support*

*Expert Testimony*

■

*3 Lunar Drive*
*P O Box 4021*
*Woodbridge, CT 06525*
*Tel· (203) 397-8935*
*Fax· (203) 397-8949*
*Email*
*info@analyticresources.com*

■

*www.analyticresources.com*

## DAMAGES TO MERRY CHARTERS, LLC AND CARL SHILLO AS A RESULT OF DISCONTINUATION OF OPERATIONS IN STONINGTON, CONNECTICUT

This report consists of an analysis of damages to Merry Charters, LLC and Carl Shillo as a result of having to discontinue the use of a commercial dock along the Mystic River in Stonington, Connecticut. The valuations in this report are current as of September 27, 2003. If there is a significant lapse of time before trial, it may be necessary to update this report at the time of trial. In addition, as additional information becomes available, it will be necessary to update this report.

In order to prepare this report, the following documents were reviewed:

- Second Amended Complaint in Merry Charters, LLC and Carl Shillo, Plaintiffs vs. Town of Stonington, et. al., Defendants, United States District Court of Connecticut, Civil Action No. 3:02CV336(MRK), September 17, 2003;
- Plaintiff's Responses To Defendants' Second Set of Interrogatories and Requests For Production in Merry Charters, LLC and Carl Shillo, Plaintiffs vs. Town of Stonington, et. al., Defendants, United States District Court of Connecticut, Civil Action No. 3:02CV336(SRU), September 26, 2003;
- Carl and Marie Shillo's federal income tax returns for the years 1999 through 2002;
- September 23, 2003 correspondence from Carl Shillo (including accompanying invoices) concerning his health insurance premiums;
- Merry Charters, LLC monthly checking account statements for the period ending January 31, 2001 through the period ending July 31, 2002;
- Copies of Merry Charters, LLC ledgers;
- 2000 and 2001 calendar diaries maintained by Carl Shillo;
- Merry Charters and Harbor Cruises diaries;
- Closing documents for a $133,000 commercial loan from the Savings Bank of Manchester to Merry Charters, LLC;
- Records of various checks issued by Merry Charters, LLC;
- Documents from Savings Bank of Manchester related to the refinancing of the mortgage of Carl Shillo's residence at 336 Hebron Road, Andover, Connecticut;
- Merry Charters, LLC Sales and Use Tax Return for the year ending December 31, 2001;
- Merry Charters, LLC Business Entity Tax Returns for the year ending December 31, 2002;
- Merry Charters, LLC Sales and Use Tax Permit issued March 27, 2002;
- Proposal submitted in November 2000 by Merry Charters, LLC to the City of New London, Connecticut to operate a tour boat program in the New London Harbor;

2

- Proposal submitted on July 24, 1999 by Merry Charters, LLC to J. Revell Carr. President and Director, Mystic Seaport Museum. Inc. to establish an on the water educational program;
- Proposal submitted on February 5, 2001 by Merry Charters. LLC to the Town of Coventry. Connecticut to establish a tour boat service at Coventry Lake;
- March 28, 2001 correspondence Carl Shillo to Mark Provost, Mohegan Sun; and
- Various promotional materials and brochures prepared by Merry Charters, LLC.

Secondary data sources were also utilized in the preparation of this report.

### Background

Merry Charters, LLC was a limited liability company that operated a tour boat known as the "Mystic Belle" from a commercial dock along the Mystic River in Stonington, Connecticut. Merry Charters was owned and operated by Carl Shillo, the Captain of the boat. Beginning on approximately June 12, 2000 (after the start of the normal tourist season in the area), Merry Charters began receiving income from the operation of the tour boat in Mystic Harbor. Merry Charters operated river cruises along the Mystic River. Merry Charters also operated a combined river cruise and clambake, in conjunction with Mystic Seaport, and casino group packages with the Mohegan Sun Casino. On July 27, 2000, Merry Charters received a Notice of Violation from the Zoning Enforcement Officer for the Town of Stonington as a result of alleged inadequate parking. Merry Charters applied for a special permit to operate at the commercial dock and the application was denied by the Stonington Planning and Zoning Commission on October 17, 2000. Merry Charters attempted to secure adequate off-street parking that would accommodate its tour boat operation. Merry Charters again applied to the Stonington Planning and Zoning Commission for a special permit that would allow it to operate its tour boat operation from the commercial dock in Stonington and the application was denied by the Commission on May 15, 2001.

Although Merry Charters was able to continue operating at the commercial dock in Stonington through the remainder of 2000, it was unable to operate from that location, beginning in 2001. Merry Charters attempted to operate from other sites, including the City of New London, Town of Coventry, and Mystic Seaport, but was unable to secure these sites. Merry Charters finally set up operations in Norwich, Connecticut, but as a result of the change in location, Merry Charters lost its "tie-ins" with the Mohegan Sun Casino and Mystic Seaport. As a result of revenues dropping from $72,901 in 2000 to $17,783 in 2001 and increased losses, Mr. Shillo was forced to close Merry Charters. Since closing Merry Charters, Mr. Shillo has not been able to find alternative employment and it has not been possible for him to open another business.

### Damages

Damages include the lost profits to Merry Charters as a result of not being able to operate in Stonington, as well as the cost of family medical insurance that Carl Shillo has to pay for himself since closing Merry Charters. The lost profits to Merry Charters can be represented by the value of Merry Charters as a going concern, i.e., what a closely held business like Merry Charters would be worth if sold in the marketplace.

3

As noted above, Merry Charters had sales of $72,901 in 2000 that resulted from its tour boat operation from June 12, 2000 through October 31, 2000. In 2000, Merry Charters had gotten off to a late start as it prepared a recently obtained boat for operations during the 2000 summer season. Merry Charter's normal annual revenues are best represented by the revenue stream that results from operations during a full 2000 summer season from May 1, 2000 through October 31, 2000. An extrapolation of Merry Charter's actual 2000 revenues results in annual revenues equal to $94,616 as a going concern. Based upon all transactions from the BIZCOMPS database of business sales from 1992 through 2002, the average selling price for a business in Standard Industrial Classification 7999 amusement and recreation services not elsewhere classified, was 0.552 times revenue. Based upon Merry Charter's annualized revenues of $94,616 as a going concern in 2000, the value of Merry Charters as a going concern in 2000 equals 0.552 times $94,616 or $52,228.

Carl Shillo's medical insurance expense is computed from 2002 through the remainder of his expected worklife, under the assumption that would have continued to operate Merry Charters until he retired. Mr. Shillo's expected worklife is until age 63.1.[1] Mr. Shillo's medical insurance premiums for coverage with ConnectiCare, Inc. were initially $1,022.33 per month in 2002 and increased to $1,212.04 per month in November 2002. Insurance premiums were projected to increase on average by 6.6 percent every November through the remainder of Mr. Shillo's worklife, beginning November 2003.[2]

Mr. Shillo's projected medical insurance premiums from January 1, 2002 through September 27, 2003 are shown in Exhibit 1 on page 4. Historic average interest rates on one year U.S. Treasury securities that were obtained from http://www.federalreserve.gov, the Internet site maintained by the Board of Governors, are used to calculate accumulated interest on past medical insurance premiums. The interest rates used to calculate accumulated interest equal 2.01 percent in 2002 and 1.23 percent from January 1, 2003 through September 27, 2003. As shown in Exhibit 1, the value (as of September 27, 2002) of Mr. Shillo's past medical insurance premiums equal $23,859.

The current 3.46 percent yield on a portfolio of short-term and long-term U.S. Treasury securities, as reported in the September 29, 2003 issue of the *Wall Street Journal* was used to compute the present value of future medical insurance premiums. As shown in Exhibit 2 on page 5, the present value (as of September 27, 2003) of Mr. Shillo's future medical insurance premiums equals $154,739. The value (as of September 27, 2003) of both past and future medical insurance premiums equals $178,598.

---

[1] Based upon the worklife of a typical 52 year old man (Mr. Shillo's age at the end of calendar year 2001) as reported in Gary R. Skoog and James E. Ciecka, "The Markov (Increment-Decrement) Model of Labor Force Activity Extended Tables of Central Tendency, Variation and Probability Intervals", *Journal of Legal Economics*, Spring/Summer 2001.

[2] The projected increase is equal to the average annual percent increase in the medical services component of the United States Consumer Price Index for All Urban Consumers. The data on the medical services component of the United States Consumer Price Index For All Urban Consumers was obtained from U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov

4

**Exhibit 1.** Carl Shillo's Projected Medical Insurance Premiums, January 1, 2002-September 27, 2003

| Year | Insurance Premium |
|------|-------------------|
| 2002 | $ 12,657 |
| 2003 | 10,908 |
| Total | 23,566 |
| Interest | 293 |
| Value of Past Premiums | 23,859 |

5

Exhibit 2. Carl Shillo's Projected Medical Insurance Premiums, September 27, 2003
Through His Remaining Worklife

| Year | Insurance Premium |
|------|-------------------|
| 2003 | $ 2,584 |
| 2004 | 15,677 |
| 2005 | 16,713 |
| 2006 | 17,818 |
| 2007 | 18,995 |
| 2008 | 20,251 |
| 2009 | 21,590 |
| 2010 | 23,017 |
| 2011 | 24,538 |
| 2012 | 21,562 |
| **Total** | 182,744 |
| **Present Value @ 3.46%** | 154,739 |