UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MERRY CHARTERS, LLC                        :    NO: 3:03CV336 (SRU)
                                           :
vs.                                        :
                                           :
TOWN OF STONINGTON and STONINGTON          :
PLANNING AND ZONING COMMISSION             :    OCTOBER 10, 2003


DEPOSITION OF:  CARL SHILLO


APPEARANCES:

     SILVESTER AND DALY
          Attorneys for the Plaintiff
          72 Russ Street
          Hartford, CT 06106
          (860) 278-2650
     BY:  FRANK J. SZILAGYI, ESQ.


     HOWD & LUDORF
          Attorneys for the Defendants
          65 Wethersfield Avenue
          Hartford, CT 06114
          (860) 249-1361
     BY:  MELINDA A. POWELL, ESQ.


                Christine E. Borrelli
              Connecticut License No. 117
           Registered Professional Reporter

1  would meet the criteria that the casino sets down for floor
2  time.  They are very focused on the amount of floor time that
3  clients are able to spend.  In other words, people have a very
4  scheduled day when they are on a bus trip.  So that if I could
5  develop -- it was decided if I could develop a program that
6  would enhance the visitors' experience, provide some off-site
7  short-term diversionary activity, that we would be able to go
8  forward with the program.  And that's when I conceived of the
9  idea of a customer sharing program to be between Mystic
10 Seaport, Mohegan Sun and Merry Charters.
11      Q.   So, did you first approach the Mohegan Sun about
12 doing a river cruise or did they come to you?
13      A.   I approached Mohegan Sun about establishing a
14 business relationship with respect to cruises.  And I invited
15 several people from Mohegan Sun to come on a cruise on Merry,
16 which was my smaller boat.
17      Q.   And who were you --
18      A.   That was the previous season.  That would have been
19 '99.
20      Q.   And who were you dealing with at Mohegan Sun?
21      A.   The director of bus sales, Steven Sabo, and his
22 assistant, William Gonzalez.
23      Q.   Who at Mohegan Sun would have been most familiar
24 with your contract, for lack of a better term, regarding the
25 river cruises?

1  A.  Well, it would have been both.  They would have been
2  equally privy to what the agreement was since they both
3  attended meetings.  I, Steven Sabo, William Gonzalez, Peter
4  Glankoff, the Director of Communications for Mystic Seaport,
5  and his assistant, Christine McGugan.
6  Q.  McGugan?
7  A.  M-C-G-U-G-A-N.  We met at which time I presented the
8  concept.  We began discussing the particulars of how it would
9  work.
10  Q.  Was it your idea to approach Mystic Seaport to be
11  involved in this relationship?
12  A.  Yes, it was.
13  Q.  And why did you want Mystic Seaport involved?
14  A.  Because I was convinced that Mohegan Sun and Mystic
15  Seaport, being two of the largest tourist attentions in
16  Southeastern Connecticut, could mutually benefit, as could
17  Merry Charters, with a relationship with both of those large
18  entities.
19  Q.  And how is Mystic Seaport going to be involved in
20  this arrangement?
21  A.  Mystic Seaport was going to allow me to pick up and
22  discharge passengers from the Seaport.  They were going to
23  allow me access to their bus parking.  They were going to
24  provide me with the right to use their logo and their
25  copyrighted photographs in advertising.  And they were going

```
 1                    C E R T I F I C A T E

 2

 3          I, Christine E. Borrelli, a Notary Public and

 4  Licensed Court Reporter for the State of Connecticut, do

 5  hereby certify that the deposition of CARL SHILLO, was taken

 6  before me pursuant to the Connecticut Practice Book at the Law

 7  Offices of Howd & Ludorf, 65 Wethersfield Avenue, Hartford,

 8  Connecticut, commencing at 9:00 a.m. on Friday, October 10,

 9  2003.

10          I futher certify that the witness was first sworn by

11  me to tell the truth, the whole truth, and nothing but the

12  truth, and was examined by counsel, and his testimony was

13  stenographically reported by me and subsequently transcribed

14  as herein before appears.

15          I further certify that I am not related to the

16  parties hereto or their counsel, and that I am not in any way

17  interested in the events of said cause.

18          Witness my hand this 16th day of October, 2003.

19

20

21

22

23                              _____
                                Christine E. Borrelli
                                Notary Public
24                              CT License No. 117

25  My Commission Expires:
    June 30, 2006
```

Page 120

1 a zoning permit?
2   A. Yes.
3   Q. Was that agreement with you contingent on
4 you getting that permit?
5   A. No.
6   Q. And you told me, at the first part of your
7 deposition, that you didn't have any written
8 agreement with the casino; is that right?
9   A. That's right.
10  Q. And you didn't have any written agreement
11 with the seaport; is that right?
12  A. Right. Well, I didn't have a written
13 agreement with the seaport, but, you know, they did
14 make me an approved vendor. I did file an
15 application with Mystic Seaport Museum to become an
16 approved vendor for the seaport.
17  Q. So is that, like, a license, like, a vendor
18 license?
19  A. It gave me 30-day net credit with the
20 seaport so that, you know, as I brought people in and
21 out, we didn't have to exchange money, you know.
22  Q. So, basically, you had an account?
23  A. An account, right.
24  Q. All right. And over what period of time was
25 your agreement with the casino?

Page 121

1   A. Indefinite.
2   Q. It was indefinite?
3   A. Uh-huh. As long as I could provide the
4 service, that was the understanding.
5   Q. And you told me before that Steven Sabo or
6 his assistant would have the most knowledge regarding
7 your agreement with them?
8   A. Uh-huh.
9   Q. And Peter –
10  MR. SZILAGYI:  Yes?
11  THE WITNESS:  Yes.
12  MS. POWELL:  Thanks.
13  Q. (BY MS. POWELL) And Peter Glankoff, at the
14 seaport, would have the most knowledge regarding your
15 agreement with the seaport?
16  A. Uh-huh. Peter Glankoff – yes, I mean.
17 Peter Glankoff and Christine McGugan were the two
18 representatives from the seaport, who represented the
19 seaport. And Steven Sabo, and William Gonzalez, from
20 Mohegan Sun, and I, were the ones who met with Peter
21 Glankoff and Christine McGugan, from the seaport, to
22 assemble the program.
23 And then I had many meetings with Christine
24 McGugan, just logistical things, to get advertising
25 and get clearance to use Mystic Seaport photographs

Page 122

1 and logos.
2   Q. I'm going to show you your tax returns for
3 2000, 2001, and 2002. First, I want to ask you, is
4 Merry – was Merry Charters an LLC?
5   A. Yes.
6   Q. Did you register with the Secretary of
7 State?
8   A. Yes.
9   Q. Is that LLC still in existence?
10  A. Yes.
11  Q. Does that LLC have any assets, right now?
12  A. No.
13  Q. Did you make a profit in the year 2000?
14  A. No. I don't think I did. According to the
15 tax return, I didn't.
16  Q. Did you make a profit in 2001?
17  A. I don't know. That was the year I had to
18 move to Norwich?
19  Q. Uh-huh.
20  A. No. Definitely not.
21  Q. Did you make a profit in 2002?
22  A. No.
23  Q. When did you sell the boat?
24  A. May of two thousand – May or June of two
25 thousand and... Gee, I'm trying to think. Was it

Page 123

1 2001 or... I'd have to check my closing documents to
2 answer that accurately.
3   Q. Did you make a profit on the sale of the
4 boat?
5   A. No. I lost money.
6   Q. How long has William Russell been your
7 accountant?
8   A. Since the mid-eighties.
9   Q. Did Merry Charters have any employees?
10  MR. SZILAGYI:  Ever?
11  MS. POWELL:  (Nodding.)
12  THE WITNESS:  Just my son, Andrew, and
13 an occasional relief captain.
14  Q. (BY MS. POWELL) Who was that?
15  A. I'm trying to think of his name now. His
16 name is Andrew Heublein, or "Heublein." Don't ask me
17 how to spell it. I don't know.
18  Q. Who were the members of the LLC?
19  A. It was a sole member LLC, just me.
20  Q. All right. Now, you're claiming emotional
21 distress; is that right?
22  A. Oh, yeah.
23  Q. Have you received any psychological
24 treatment for that?
25  A. I have a prescription for Xanax.