AO 88 (Rev. 11/91) Subpoena in a Civil

# United States District Court

DISTRICT OF __Connecticut__

Merry Charters, LLC

V.

Town of Stonington,
and Stonington Planning & Zoning Commission

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 3:02 CV336 (MRK)

TO:  Steven Sabo
     Director of Bus Marketing
     Mohegan Sun Casino
     Uncasville, CT

RECEIVED JAN 1 2 2004 BY:

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
| | |
| | DATE AND TIME |
| | |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
| Stonington Town Hall, 152 Elm Street, Stonington, CT | 1/14/04 at 2:30 p.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
| --- | --- |
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| --- | --- |
| *Melinda A Powell* - Attorney for Defendants | 1/2/04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Melinda A. Powell; Howd & Ludorf, 65 Wethersfield Avenue, Hartford, CT 06114; (860) 249-1361

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**MERRY CHARTERS, LLC**
   Plaintiff(s), Petitioner(s)

against

**TOWN OF STONINGTON AND STONINGTON PLANNING & ZONING COMMISSION**
   Defendant(s), Respondent(s)

CLIENT: Melinda A. Powell, Esquire

INDEX NO.: 3:02 CV 336 (MRK)

RETURN DATE: 1/14/2004

**RETURN OF SERVICE**

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Michele Avery, attest and say, that I am not a party to this action. I am over 18 years of age and reside in Bolton, CT.

By and at the direction of the attorney, on **January 7, 2004 at 12:40 PM at Director Bus Marketing, Mohegan Sun Casino, Uncasville, CT**, I served the within **Subpoena In A Civil Case** upon **Steven Sabo**, (Defendant/Witness) herein known as Recipient.

Said service was effected in the following manner:

I made due and legal service of the within **Subpoena In A Civil Case** by delivering thereat a true and attested copy of each to **Steven Sabo**, personally; at the same time paying (or tendering) in advance **$43.00, (Forty-Three Dollars and Zero Cents),** the authorized traveling expenses and one day's witness fee:

I knew said person so served to be the person mentioned and described as said recipient therein because they identified themselves as such.

I describe the individual served to the best of my ability at the time and circumstances of service as follows:

Sex: **Male** Skin: **White** Hair: **Black** Age(Approx): **36-50** Height(Approx): **5'9" - 6'** Weight(Approx): **161-200 lbs**
Other: **Glasses**

ATTEST:

_____
Michele Avery, Private Process Server

Service $65.00
Witness Fees $43.00
Total Fees: $108.00

CONNECTICUT PROCESS SERVING, LLC
9 Beaumont Street
East Hartford, CT, 06108-1533
(860) 528-2920 , (860) 528-2720 Fax
lglprocess@aol.com http://www.legalprocess.com