UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MERRY CHARTERS, LLC and<br>CARL SHILLO | : <br> : <br> : | NO.: 3:02CV336 (MRK) |
| v. | : <br> : | |
| TOWN OF STONINGTON, STONINGTON<br>PLANNING & ZONING COMMISSION,<br>ZONING BOARD OF APPEALS OF THE<br>TOWN OF STONINGTON, EDWARD T.<br>SULLIVAN and GEORGE THAYER | : <br> : <br> : <br> : <br> : | <br><br><br><br>February 19, 2004 |

## AFFIDAVIT OF GOOD FAITH

I, Melinda A. Powell, being duly sworn, depose and say:

1. That I am over eighteen years of age;

2. That I believe in the obligations of an oath;

3. That I am an attorney for the defendants herein;

4. That I had served upon Steven Sabo, Director of Bus Sales/ Marketing at Mohegan Sun casino a subpoena duces tecum to appear at a deposition on January 14, 2004.

5. That prior to the deposition, Attorney Mark Hamilton called me to advise that Mr. Sabo would not appear based upon tribal sovereign immunity.

6. That I spoke again to Attorney Hamilton to see if Mr. Sabo would voluntarily cooperate and talk to me about the business relationship with the

plaintiff on February 11, 2004 and Attorney Hamilton stated he would not object to me talking to Mr. Sabo and he would see when Mr. Sabo would be available.

7. That I again called Attorney Hamilton on February 13, 2004 and inquired whether I could meet with him and Mr. Sabo on February 16, 2004. Attorney Hamilton changed his mind and stated that I would be unable to talk to Mr. Sabo about the business relationship with the plaintiff.

8. That at the time I served the subpoena on Mr. Sabo, plaintiffs did not object to such a deposition going forward.

9. That I have in good faith attempted to resolve this issue without the involvement of the Court, but have been unable to do so.

10. That I have had mailed and served a copy of this Motion to Compel to Mr. Sabo, care of Attorney Hamilton.

Dated at Hartford, Connecticut, this 19th day of February, 2004.

_____/ S /_____
Melinda A. Powell

STATE OF CONNECTICUT        )
                            ) ss:  Hartford
COUNTY OF HARTFORD          )

    Subscribed and sworn to before me this 19th day of February, 2004.


_____/ S /_____
Notary Public
My commission expires: