UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MERRY CHARTERS, LLC** <br> **and CARL SHILLO** : | **CASE NO. 3:02cv366(MRK)** |
| vs. : | |
| **TOWN OF STONINGTON, PLANNING** : <br> **PLANNING & ZONING COMMISSION,** : <br> **ZONING BOARD OF APPEALS OF** : <br> **THE TOWN OF STONINGTON,** : <br> **EDWARD T. SULLIVAN** : <br> **And GEORGE THAYER** : | **MARCH 8, 2004** |



### APPEARANCE

To the Clerk of this Court and all parties of record, please enter my appearance as counsel in this case for the Mohegan Tribal Gaming Authority and its employee, Steven Sabo, Director of Bus Marketing, for the limited purpose of moving to quash a discovery subpoena.

THE MOHEGAN TRIBAL GAMING
AUTHORITY d/b/a MOHEGAN SUN
On behalf of STEVEN SABO,
DIRECTOR OF BUS MARKETING

By_____
Andrew Houlding, Esq.
Federal Bar No. CT12137
Rome McGuigan Sabanosh, P.C.
One State Street
Hartford, CT 06103
Tel. (860) 549-1000
Fax (860) 724-3921
E-mail: ahoulding@rms-law.com

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, this 8th day of March 2004, to all parties of record as follows:

Attorney Melinda A. Powell
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114

Frank J. Szilagyi, Esq.
Attorney Josephine A. Spinella
Silvester & Daly
72 Russ Street
Hartford, CT  06106

_____
Andrew Houlding, Esq.

6154-165/372499

- 2 -