UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MERRY CHARTERS, LLC<br>and CARL SHILLO<br><br>vs.<br><br>TOWN OF STONINGTON,<br>PLANNING & ZONING COMMISSION,<br>ZONING BOARD OF APPEALS OF<br>THE TOWN OF STONINGTON,<br>EDWARD T. SULLIVAN<br>And GEORGE THAYER | CASE NO. 3:02cv366(MRK)<br><br><br><br><br><br><br><br>MARCH 8, 2004 |

### MOTION TO QUASH

The Mohegan Tribal Gaming Authority (hereinafter "MTGA" or "Authority"), through its undersigned counsel acting by and for the MTGA and its representative, non-party witness Steven Sabo, hereby moves to quash the subpoena served upon Steven Sabo by the Defendants in the above-captioned matter.

The Subpoena seeks testimony from Mr. Sabo in his official capacity as the MTGA's Director of Bus Marketing. The MTGA is a governmental entity established by the federally-recognized Mohegan Tribe of Indians of Connecticut. As such, it is immune from both liability and from enforcement of the discovery process.

For the reasons set out more fully in the attached memorandum of law in support of this Motion, the MTGA respectfully urges this Court to quash the Subpoena.

THE MOHEGAN TRIBAL GAMING
AUTHORITY d/b/a MOHEGAN SUN
On behalf of STEVEN SABO,
DIRECTOR OF BUS MARKETING

By: _____
Andrew Houlding, Esq.
Federal Bar No. CT12137
Rome McGuigan Sabanosh, P.C.
One State Street
Hartford, CT 06103
Tel.: (860) 549-1000
Fax: (860) 724-3921
E-mail: ahoulding@rms-law.com

- 2 -

## **ORDER**

    The foregoing Motion to Quash having been heard, it is hereby ORDERED:

GRANTED / DENIED

                           BY THE COURT,

                           _____
                           Judge/Assistant Clerk

- 3 -

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing Motion to Quash was sent, via first class mail, postage prepaid, on this 8th day of March 2004 to all counsel of record as follows:

Attorney Melinda A. Powell
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Frank J. Szilagyi, Esq.
Attorney Josephine A. Spinella
Silvester & Daly
72 Russ Street
Hartford, CT 06106

_____
Andrew Houlding

6154-165/372626

- 4 -

*Rome McGuigan Sabanosh, P.C.* • Attorneys at Law
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726