UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MERRY CHARTERS, LLC and : | NO.: 3:02CV336 (MRK) |
| CARL SHILLO : | |
| : | |
| v. : | |
| : | |
| TOWN OF STONINGTON, STONINGTON : | |
| PLANNING & ZONING COMMISSION, : | |
| ZONING BOARD OF APPEALS OF THE : | |
| TOWN OF STONINGTON, EDWARD T. : | |
| SULLIVAN and GEORGE THAYER : | APRIL 1, 2004 |

## MOTION FOR SUMMARY JUDGMENT

  Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56(a), the defendants, Town of Stonington, Stonington Planning & Zoning Commission, Zoning Board of Appeals of the Town of Stonington, Edward T. Sullivan and George Thayer, move for summary judgment as to the plaintiff's Second Amended Complaint ("Complaint") dated July 25, 2003. Plaintiff's Complaint, brought pursuant to § 1983, alleges violations of his rights to substantive due process and equal protection. Plaintiff also alleges a common law claim of negligent infliction of emotional distress.

  As is more fully set forth in the attached Memorandum of Law, Local Rule 56(a)1 Statement, supporting affidavits, and sworn deposition testimony, the plaintiff

cannot, as a matter of law, establish a violation of his substantive due process right because he had no constitutionally protected property interest.  Neither can he show a violation of equal protection, because he cannot show that he was treated differently as compared with others similarly situated, that such differential treatment was based upon malice, or an intent to injure him or that the denials of his applications for special use permits and a variance was wholly arbitrary.  Accordingly, there exists no genuine issue of material fact, and the defendants are entitled summary judgment.

In addition, defendant George Thayer, Chairman of the Planning and Zoning Commission is entitled to absolute immunity or, in the alternative, qualified immunity.  Edward Sullivan, Chairman of the Zoning Board of Appeals is similarly entitled to absolute immunity, or in the alternative, qualified immunity.

Furthermore, the Court should decline to continue to exercise jurisdiction over plaintiff's common law claims or enter summary judgment in favor of the defendants on the basis of the statute of limitations and governmental immunity pursuant to C.G.S. § 52-557n.

WHEREFORE, the defendants, Town of Stonington, Stonington Planning & Zoning Commission, Zoning Board of Appeals of the Town of Stonington, Edward T. Sullivan and George Thayer, respectfully request that summary judgment enter in their favor.

DEFENDANTS,
TOWN OF STONINGTON,
STONINGTON PLANNING & ZONING
COMMISSION, TOWN OF STONINGTON
ZONING BOARD OF APPEALS,
EDWARD SULLIVAN and
GEORGE THAYER


By_____
  Melinda A. Powell
  ct17049
  Howd & Ludorf
  65 Wethersfield Avenue
  Hartford, CT  06114
  860 249-1361
  (860) 249-7665 (Fax)
  mpowell@hl-law.com

## **CERTIFICATION**

     This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 1st day of April, 2004.


Frank J. Szilagyi, Esquire
Josphine A. Spinella, Esquire
Silvester & Daly
72 Russ Street
Hartford, CT  06106


_____
Melinda A. Powell