UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MERRY CHARTERS, LLC and<br>CARL SHILLO | : | NO.: 3:02CV336 (MRK) |
| v. | : | |
| TOWN OF STONINGTON, STONINGTON<br>PLANNING & ZONING COMMISSION,<br>ZONING BOARD OF APPEALS OF THE<br>TOWN OF STONINGTON, EDWARD T.<br>SULLIVAN and GEORGE THAYER | : | APRIL 1, 2004 |

**DEFENDANTS' MOTION TO FILE BRIEF IN EXCESS OF PAGE LIMITATIONS**

The Defendants, Town of Stonington, Stonington Planning & Zoning Commission, Zoning Board of Appeals of the Town of Stonington, Edward T. Sullivan and George Thayer, hereby move the Court to permit the defendants to file the attached Motion for Summary Judgment which includes a Memorandum of Law totaling 47 pages, 7 pages in excess of the page limitation in Local Rule 7(a). The additional pages were necessary due to the numerous counts of the complaint, number of defendants, lengthy factual background (The Rule 56c1 statement was restated in the background and factual section in paragraph form, for ease of reading the memorandum) and legal issues. This case arises out of 3 separate applications made to the defendant, Town of Stonington's land use boards. Plaintiff alleges

violations of his substantive due process and equal protection rights relating to the denial of each of the applications. A common law claim for negligent infliction of emotional distress is also alleged.

Defendants have moved on all counts of the complaint, and also have moved for summary judgment on the basis of absolute and/ or qualified immunity on behalf of individual defendants Thayer and Sullivan. In addition, defendants have moved for summary judgment on plaintiff's common law claim on the basis of statue of limitations and governmental immunity. A discussion of all the issues required the additional pages.

WHEREFORE, defendants respectfully request that the Court grant this Motion.

DEFENDANTS,
TOWN OF STONINGTON,
STONINGTON PLANNING & ZONING
COMMISSION, TOWN OF STONINGTON
ZONING BOARD OF APPEALS,
EDWARD SULLIVAN and
GEORGE THAYER


By_____
  Melinda A. Powell
  ct17049
  Howd & Ludorf
  65 Wethersfield Avenue
  Hartford, CT  06114
  860 249-1361
  (860) 249-7665 (Fax)
  mpowell@hl-law.com

## **CERTIFICATION**

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 1st day of April, 2004.

Frank J. Szilagyi, Esquire
Josphine A. Spinella, Esquire
Silvester & Daly
72 Russ Street
Hartford, CT  06106

                                                  _____
                                                  Melinda A. Powell