UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MERRY CHARTERS, LLC and<br>CARL SHILLO | : | NO.: 3:02CV336 (MRK) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF STONINGTON, STONINGTON<br>PLANNING & ZONING COMMISSION,<br>ZONING BOARD OF APPEALS OF THE<br>TOWN OF STONINGTON, EDWARD T.<br>SULLIVAN and GEORGE THAYER | : | APRIL 1, 2004 |

## **LIST OF EXHIBITS**

A Shillo Deposition Transcript
B Site Plan-- Application PZ0044SUP
C Larkin Deposition Transcript
D Condominium Site Plan
E Condominium Declaration
F S&P Approval dated 6/20/00
G Notice of Violation / Request for Voluntary Compliance
H Larkin Affidavit
I 10/5/00 Transcript
J Merry Charters/ Gerval, Inc. Application PZ0044SUP
K Letter to Donnelly from DEP dated 9/28/00
L Donnelly Memorandum to Commission dated 10/4/00
M 10/17/00 Public Hearing Transcript
N 10/18/00 Letter to Merry Charters re denial without prejudice
O Merry Charters/ Gerval, Inc., Application PZ0064SUP
P Letter to Commission from DEP dated 12/22/00
Q Letter from Linda Morales, St. Patrick's Church dated 10/12/00
R Site Plan—Application PZ0064SUP
S Memo to Commission from Mary Villa dated 5/15/01
T Donnelly Deposition Transcript
U 3/20/01 Public Hearing Transcript
V Villa Deposition Transcript
W Letter to Attorney Londregan from Mary Villa dated 2/12/01
X Agenda 2/1/01
Y Agenda 3/1/01
Z Letter from Attorney Londregan to Mary Villa dated 3/12/01

AA Memo to Commission from Board of Police Commissioners dated 12/21/00
BB Memo to Commission from Robert Granato
CC Granato Affidavit
DD Notice of Decision dated May 15, 2001
EE Connecticut Superior Court Complaint dated 6/4/01
FF Merry Charters/ Gerval, Inc. ZBA Application dated 6/15/01
GG 8/14/01 Public Hearing Transcript
HH Villa Affidavit
II Letter to Attorney Londregan from Mary Villa dated 6/22/01
JJ Draft memo to ZBA sent to Attorney Londregan dated 7/20/01
KK Letter from attorney Londregan dated 7/30/01
LL Memo to ZBA from Commission dated 7/31/01
MM Sullivan deposition Transcript
NN Notice of Decision dated 9/11/01
OO Southern Exposure Application, ZBA 93-31
PP Southern Exposure, Letter to Abutters dated 8/12/93
QQ 11/9/93 decision
RR Letter to ZBA from Valentis dated 9/13/93
SS Merry Charters v. Stonington Planning & Zoning Commission
TT Merry Charters v. Stonington ZBA
UU Zoning Regulations
VV Thayer Affidavit
WW Lyon Affidavit
XX Sullivan Affidavit
YY Tamsky Affidavit
ZZ Memo to Commission from Mary Villa re Trader Jack's dated 7/17/01
AAA Memo to Commission from Mary Villa re Trader Jack's dated 6/28/01

DEFENDANTS,
TOWN OF STONINGTON,
STONINGTON PLANNING &
ZONING COMMISSION, TOWN OF
STONINGTON ZONING BOARD OF
APPEALS, EDWARD SULLIVAN and
GEORGE THAYER


By_____
   Melinda A. Powell
   ct17049
   Howd & Ludorf
   65 Wethersfield Avenue
   Hartford, CT  06114
   860 249-1361
   (860) 249-7665 (Fax)
   mpowell@hl-law.com


## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 1st day of April, 2003.


Frank J. Szilagyi, Esquire
Josephine A. Spinella, Esquire
Silvester & Daly
72 Russ Street
Hartford, CT  06106


                                           _____
                                           Melinda A. Powell