UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MERRY CHARTERS, LLC and<br>CARL SHILLO | : <br> : <br> : | NO.: 3:02CV336 (MRK) |
| v. | : <br> : | |
| TOWN OF STONINGTON, STONINGTON<br>PLANNING & ZONING COMMISSION,<br>ZONING BOARD OF APPEALS OF THE<br>TOWN OF STONINGTON, EDWARD T.<br>SULLIVAN and GEORGE THAYER | : <br> : <br> : <br> : <br> : | <br> <br> <br> <br>APRIL 1, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that Defendants, Town of Stonington, Stonington Planning & Zoning Commission, Zoning Board of Appeals of the Town of Stonington, Edward T. Sullivan and George Thayer have manually filed the following exhibits to their Motion for Summary Judgment dated April 1, 2004:

    A Shillo Deposition Transcript

    B Site Plan-- Application PZ0044SUP

    C Larkin Deposition Transcript

    D Condominium Site Plan

    E Condominium Declaration

    F S&P Approval dated 6/20/00

G Notice of Violation / Request for Voluntary Compliance

I 10/5/00 Public Hearing Transcript

J Merry Charters/ Gerval, Inc. Application PZ0044SUP

K Letter to Donnelly from DEP dated 9/28/00

L Donnelly Memorandum to Commission dated 10/4/00

M 10/17/00 Public Hearing Transcript

N 10/18/00 Letter to Merry Charters re denial without prejudice

O Merry Charters/ Gerval, Inc., Application PZ0064SUP

P Letter to Commission from DEP dated 12/22/00

Q Letter from Linda Morales, St. Patrick's Church dated 10/12/00

R Site Plan—Application PZ0064SUP

S Memo to Commission from Mary Villa dated 5/15/01

T Donnelly Deposition Transcript

U 3/20/01 Public Hearing Transcript

V Villa Deposition Transcript

W Letter to Attorney Londregan from Mary Villa dated 2/12/01

X Agenda 2/1/01

Y Agenda 3/1/01

Z Letter from Attorney Londregan to Mary Villa dated 3/12/01

AA Memo to Commission from Board of Police Commissioners dated 12/21/00

BB Memo to Commission from Robert Granato

DD Notice of Decision dated May 15, 2001

EE Connecticut Superior Court Complaint dated 6/4/01

FF Merry Charters/ Gerval, Inc. ZBA Application dated 6/15/01

GG 8/14/01 Public Hearing Transcript

II Letter to Attorney Londregan from Mary Villa dated 6/22/01

JJ Draft memo to ZBA sent to Attorney Londregan dated 7/20/01

KK Letter from attorney Londregan dated 7/30/01

LL Memo to ZBA from Commission dated 7/31/01

MM Sullivan deposition Transcript

NN Notice of Decision dated 9/11/01

OO Southern Exposure Application, ZBA 93-31

PP Southern Exposure, Letter to Abutters dated 8/12/93

QQ 11/9/93 decision

RR Letter to ZBA from Valentis dated 9/13/93

SS Merry Charters v. Stonington Planning & Zoning Commission

TT Merry Charters v. Stonington ZBA

UU Zoning Regulations

ZZ Memo to Commission from Mary Villa re Trader Jack's dated 7/17/01

AAA Memo to Commission from Mary Villa re Trader Jack's dated 6/28/01

These documents have not been filed electronically because they cannot be converted to an electronic format.

These documents have been manually served on all parties.

                Respectfully submitted,

DEFENDANTS,
TOWN OF STONINGTON,
STONINGTON PLANNING & ZONING
COMMISSION, TOWN OF STONINGTON
ZONING BOARD OF APPEALS,
EDWARD SULLIVAN and
GEORGE THAYER


By_____
  Melinda A. Powell
  ct17049
  Howd & Ludorf
  65 Wethersfield Avenue
  Hartford, CT  06114
  860 249-1361
  (860) 249-7665 (Fax)
  mpowell@hl-law.com

## **CERTIFICATION**

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 1st day of April, 2004.

Frank J. Szilagyi, Esquire
Josphine A. Spinella, Esquire
Silvester & Daly
72 Russ Street
Hartford, CT  06106

                                                                 _____
                                                                 Melinda A. Powell