UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MERRY CHARTERS, LLC and <br> CARL SHILLO, | : <br> : <br> : | |
| Plaintiffs, | : <br> : | NO. 3:02CV336(MRK) |
| V. | : <br> : | |
| TOWN OF STONINGTON, et al., | : <br> : | |
| Defendants. | : | |

## RULING AND ORDER

For reasons set forth in greater detail during an on-the-record telephonic conference with counsel for the parties and counsel for Non-party Witness Mohegan Tribal Gaming Authority ("MTGA") and its Director of Business Marketing, Steven Sabo, the Court enters the following orders:

1.  Defendants' Motion for Leave to File Brief in Excess of Page Limitations [doc. # 52] is GRANTED.

2.  MTGA's and Mr. Sabo's Motion to Quash Subpoena [doc. # 47] is GRANTED. Because Defendants do not dispute MTGA's and Mr. Sabo's assertion that tribal sovereign immunity prevents this Court from enforcing a third-party witness subpoena in a civil case absent congressional authorization or a waiver of tribal immunity – *see U.S. EPA v. Gen. Elec. Co.*, 197 F.3d 592 (2d Cir. 1999); *Catskill Dev., LLC v. Park Place Entm't Corp.*, 206 F.R.D. 78 (S.D.N.Y. 2002) – the only

issue this Court need decide is whether the Tribe has waived that immunity by entering into an alleged oral business relationship with Plaintiffs. "It is settled that a waiver of [tribal] sovereign immunity cannot be implied, but must be unequivocally expressed." *Santa Clara Pueblo v. Martinez*, 436 U.S. 49, 58 (1979). Having considered Defendants' brief and argument during the telephonic conference, the Court concludes that Defendants have failed to satisfy this exacting standard.

3. For the reasons stated in paragraph 2, Defendants' Motion to Compel Deposition and Production of Documents by Steven Sabo, a Non-Party Witness [doc. # 44] is DENIED.

4. Defendants' alternative Motion to Preclude evidence of damages relating to Plaintiff's business relationship with Mohegan Sun casino is DENIED WITHOUT PREJUDICE to renewal, if necessary, in the form of a motion *in limine* at the time of the filing of the parties' Joint Trial Memorandum.

IT IS SO ORDERED,

/s/      Mark R. Kravitz
                U.S.D.J.

Dated at New Haven, Connecticut: April 13, 2004