UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Monday, April 12, 2004
4:30 p.m.

CASE NO. **3:02cv336 MRK** **Merry Charters LLC v Stonington et al**

Thomas R. Gerarde
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190

Andrew Houlding
Rome McGuigan Sabanosh
One State St.
13th Floor
Hartford, CT 06103-3101

Beatrice S. Jordan
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190

Melinda A. Powell
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190

Josephine A. Spinella
Silvester, Daly & Delaney
72 Russ St.
Hartford, CT 06106

Frank J. Szilagyi
Silvester, Daly & Delaney
72 Russ St.
Hartford, CT 06106

STATUS CONFERENCE HELD
DATE: 4/12/04
10 min.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK