| | |
|---|---|
| MERRY CHARTERS, LLC and CARL SHILLO : <br> Plaintiffs | CIVIL ACTION NO. <br> 3:02CV336(MRK) |
| v. | |
| TOWN OF STONINGTON, STONINGTON PLANNING & ZONING COMMISSION, ZONING BOARD OF APPEALS OF THE TOWN OF STONINGTON, EDWARD T. SULLIVAN and GEORGE THAYER <br> Defendants | APRIL 20, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7 (b), the Plaintiffs, Merry Charters, LLC and Carl Shillo, respectfully move for an extension of time of two (2) weeks to file a response to the Defendants' dispositive motion in this matter. The Plaintiffs submit that the deadline for filing said response is currently April 22, 2004.

In support of this Motion, the Plaintiffs assert that they require additional time to assemble the affidavits in support of their Objection to the Motion for Summary Judgment. Specifically, Mr. Shillo is currently out of state and is unavailable to execute the affidavit in his name. Plaintiffs' counsel anticipates that Mr. Shillo will be available during the week of April 26, 2004, to execute the affidavit. Additionally, the Plaintiffs require more time to prepare their response to the Defendants' Motion for Summary Judgment which is over forty (40) pages. The undersigned counsel for the Plaintiffs

submits that she contacted defense counsel on April 20, 2004, and that defense counsel has no objection to this Motion. This is the Plaintiffs' first such Motion for Extension of Time.

        THE PLAINTIFF,
        MERRY CHARTERS, LLC


        By:_____
          JOSEPHINE A. SPINELLA
          Silvester & Daly
          72 Russ Street
          Hartford, CT 06103
          Tel. (860) 278-2650
          Federal Bar No. CT24009

## **CERTIFICATION**

     I, Josephine A. Spinella, attorney for the Defendants, hereby certifies that a copy of the foregoing has been mailed, postage prepaid, in the United States Mail, this 20th day of April, 2004 to:

Melinda A. Powell, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

                                            By:_____
                                               JOSEPHINE A. SPINELLA
                                               Silvester & Daly

shillo-merry/mot ext time.042004