**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MERRY CHARTERS, LLC and | : | |
| CARL SHILLO, | : | |
| | : | |
| Plaintiffs, | : | NO. 3:02CV336 (MRK) |
| | : | |
| V. | : | |
| | : | |
| TOWN OF STONINGTON, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Plaintiff's Motion For Extension Of Time [doc. #57], dated April 20, 2004, is hereby

GRANTED.  Plaintiffs shall respond to Defendants' Motion for Summary Judgment on or before

**May 6, 2004**.

IT IS SO ORDERED.

/s/        Mark R. Kravitz
                U.S.D.J.

Dated at New Haven, Connecticut: April 30, 2004.

1