## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MERRY CHARTERS, LLC and CARL SHILLO | : | |
| Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:02CV336(MRK) |
| v. | : | |
| | : | |
| TOWN OF STONINGTON, STONINGTON | : | |
| PLANNING & ZONING COMMISSION, | : | |
| ZONING BOARD OF APPEALS OF THE | : | |
| TOWN OF STONINGTON, EDWARD T. | : | |
| SULLIVAN and GEORGE THAYER | : | |
| Defendants | : | MAY 5, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that the Plaintiffs, Merry Charters, LLC and Carl Shillo, have manually filed the following document or thing:

Exhibits 1-12 of the Plaintiffs' Opposition to Defendants' Motion for Summary Judgment;

Cases attached to the Plaintiffs' Opposition to Defendants' Motion for Summary Judgment

This document has not been filed electronically because

[ x ]   the document or thing cannot be converted to an electronic format
[   ]   the electronic file size of the document exceeds 1.5 megabytes
[   ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

        THE PLAINTIFFS,
        MERRY CHARTERS, LLC and
        CARL SHILLO


        By:_____
          JOSEPHINE A. SPINELLA
          Silvester & Daly
          72 Russ Street
          Hartford, CT 06103
          Tel. (860) 278-2650
          Federal Bar No. CT24009

## **CERTIFICATION**

    I, Josephine A. Spinella, attorney for the Plaintiff, hereby certify that a copy of the foregoing has been mailed, postage prepaid, in the United States Mail, this 5th day of May, 2004 to:

Melinda Powell, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114


        By:_____
          JOSEPHINE A. SPINELLA
          Silvester & Daly

shillo-merry/notice manual filing.050504