UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MERRY CHARTERS, LLC and<br>CARL SHILLO | : | NO.: 3:02CV336 (MRK) |
| v. | : | |
| TOWN OF STONINGTON, STONINGTON<br>PLANNING & ZONING COMMISSION,<br>ZONING BOARD OF APPEALS OF THE<br>TOWN OF STONINGTON, EDWARD T.<br>SULLIVAN and GEORGE THAYER | :<br>:<br>:<br>:<br>: | <br><br><br><br>MAY 17, 2004 |

## **DEFENDANTS' MOTION FOR ENLARGEMENT TO FILE REPLY BRIEF**

Pursuant to Local Rule 7, the defendants hereby move the Court for an enlargement of time of (7) seven days, up to and including May 27, 2004, in which to file their Reply brief. The current deadline for filing a reply is May 20, 2004.

The undersigned counsel was home for part of the week of May 10, 2004 with an illness and was unable to begin the reply.

The undersigned has contacted Attorney Josephine Spinella, for the plaintiffs, who has no objection to the granting of this motion.

This is the first request for an enlargement of time made by the defendants relative to the Reply brief.

        DEFENDANTS,
        TOWN OF STONINGTON,
        STONINGTON PLANNING & ZONING
        COMMISSION, TOWN OF STONINGTON
        ZONING BOARD OF APPEALS,
        EDWARD SULLIVAN and
        GEORGE THAYER


By_____
  Melinda A. Powell
  ct17049
  Howd & Ludorf
  65 Wethersfield Avenue
  Hartford, CT  06114
  860 249-1361
  (860) 249-7665 (Fax)
  mpowell@hl-law.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail  to the following counsel of record this 17th day of May, 2004.

Frank J. Szilagyi, Esquire
Josphine A. Spinella, Esquire
Silvester & Daly
72 Russ Street
Hartford, CT  06106

_____
Melinda A. Powell