UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MERRY CHARTERS, LLC and<br>CARL SHILLO, | : | |
| | : | |
| Plaintiffs, | : | NO. 3:02CV336 (MRK) |
| | : | |
| V. | : | |
| | : | |
| TOWN OF STONINGTON, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

Defendants' Motion For Enlargement To File Reply Brief [doc. # 62], dated May 17, 2004, is hereby GRANTED. Defendants shall file their Reply Brief on or before **May 27, 2004**.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: May 25, 2004.

1