UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MERRY CHARTERS, LLC : NO: 3:03CV336 (SRU)
:
vs. :
:
TOWN OF STONINGTON and STONINGTON :
PLANNING AND ZONING COMMISSION : OCTOBER 10, 2003

DEPOSITION OF:  CARL SHILLO

APPEARANCES:

    SILVESTER AND DALY
        Attorneys for the Plaintiff
        72 Russ Street
        Hartford, CT 06106
        (860) 278-2650
    BY: FRANK J. SZILAGYI, ESQ.

    HOWD & LUDORF
        Attorneys for the Defendants
        65 Wethersfield Avenue
        Hartford, CT 06114
        (860) 249-1361
    BY: MELINDA A. POWELL, ESQ.

Christine E. Borrelli
Connecticut License No. 117
Registered Professional Reporter

NIZIANKIEWICZ & MILLER REPORTING SERVICES

1    A.    I don't recall.

2    Q.    Do you remember -- okay.

3    A.    Whichever one they gave me. Is if there is more
4 than one --

5    Q.    Well, I don't mind telling you, the zoning files are
6 not -- it's very difficult to look at a piece of property in
7 downtown Mystic and figure out which all of zoning files
8 relate to for a piece of property because they are filed by
9 applicants' names, not by address. So, that's why I am trying
10 to figure out which ones you looked at. Okay. The Whaler
11 Inn, when did you review that one?

12    A.    I think shortly after the denial of my second
13 application. I think Attorney Stone and I went in and looked
14 at that file.

15    Q.    And when did you review Trader Jack's?

16    A.    Probably around that same time period. I don't
17 remember specifically as to when.

18    Q.    Did you get copies of files that you reviewed?

19    A.    No. Well, I shouldn't say no. I may have gotten
20 copies of some, but not of others.

21    Q.    Do you have the copies of any of the documents that
22 you actually made copies of?

23    A.    Well, if you saw my filing system, it's not as good
24 as the Town of Stonington's, so I can check.

25    Q.    So maybe --

1  A.  I may have them, yes.

2  Q.  And when did you review the bed and breakfast file?

3  A.  I actually attended the meeting to listen to the dynamics with respect to the discussion of the utilization of 7.10.2 because the town planner seemed to have a different opinion about the town's ability to invoke 7.10.2, and I wanted to watch the dynamics of the meeting.

8  Q.  Which town planner was that?

9  A.  Mary Villa.

10 Q.  And you know she is no longer there.  Right?

11 A.  Yes.

12 Q.  Let me show you what was marked as -- I marked a couple of documents while you were out of room.  Defendant's Exhibit Number 21.

15 MR. SZILAGYI:  Can you tell us what it is?

16 MS. POWELL:  I am going to ask him what it is because we got it from you guys.  Well, I got it from Attorney Chadwick.

19 THE WITNESS:  Oh, this is a document that was prepared by someone who is an abutter, I think, to Trader Jack's or lives in the area of Trader Jack's. And I think it was a component of Trader Jack's application for varying -- they wanted to do something.  I don't know what it is.  They wanted to change something about their zoning, number of seats