# Verbal Parking Information from Anthony J's Restaurant in 2001.

| | |
|---|---|
| No. of seats | 49.25 |
| No. of employees | 9 |
| No. of on-street parking (Holmes St.) | 21 |