```
                                                                Page 1
 1                     TOWN OF STONINGTON
 2
 3            PLANNING AND ZONING COMMISSION
 4
 5   - - - - - - - - - - x
 6   In Re:              :
 7     MERRY CHARTERS, LLC :    Halloran & Sage File
 8        PZ0044-SUP     :      No. 134-1450
 9   - - - - - - - - - - x
10
11
12
13                    PUBLIC HEARING
14                    October 5, 2000
15
16
17
18
19
20
21
22              BRANDON REPORTING SERVICE
                    44 Capitol Avenue
23                  Hartford, CT  06106
                       860.549.1850
24
25
```

In Re: Merry Charters, LLC

10/5/2000 Hearing

Page 7

```
 1              And I have for you, I have copies of a
 2      letter from the Noank Shipyard.  I don't know -- I
 3      have multiple copies.  Can I submit them to you?
 4              THE CHAIRMAN:  Yes, you may.
 5              MR. SHILLO:  They were verify --
 6              VOICE:  We have to have one for the
 7      central file.
 8              MR. SHILLO:  I think there's -- how
 9      many do you need?
10              THE CHAIRMAN:  I just need one for the
11      central file here and you can distribute the other
12      copies to the board members.
13              MR. SHILLO:  This will verify --
14              THE CHAIRMAN:  For the record, letter
15      dated June 6th to Mr. Carl Shillo from Daniel
16      Burns, Noank, will be Exhibit Number 3.
17              VOICE:  What's 2?
18              THE CHAIRMAN:  2 are the green cards.
19              VOICE:  Oh, okay.
20              MR. SHILLO:  So that's how we arrived
21      in downtown Mystic.  And as often happens with new
22      businesses when they begin to operate, when the
23      boat was docked at the downtown location, an
24      entirely new and unanticipated facet of the
25      business began to develop.  There was a
```

Brandon Smith Reporting

In Re: Merry Charters, LLC

10/5/2000 Hearing

Page 4

```
 1              VOICE:  Do you have the (inaudible)
 2   from the notice.
 3              VOICE:  Yes, I do.
 4              VOICE:  Let that be marked for the file
 5   as exhibit.
 6              VOICE:  Okay, then, yes, the green
 7   cards will be Exhibit Number 2, the central file
 8   being Exhibit Number 1.
 9              THE CHAIRMAN:  Thank you.  You may
10   proceed, sir.  All right.  Let's have it quiet.
11              MR. SHILLO:  First of all, I'd like to
12   thank the Commission for my opportunity to present
13   this information to you.  With your permission I'd
14   like to begin by providing some short background
15   information as to how the current situation
16   developed, and I'd like to also provide the
17   Commission with an overview of the Mystic Belle's
18   activities to date.
19              The Mystic Belle was specifically
20   acquired to provide passenger service as part of a
21   program that was developed in conjunction with
22   several area restaurants, Mystic Seaport Museum
23   and Mohegan Sun.  The cruise program is marketed
24   directly to bus companies, travel agents, senior
25   centers, travel clubs and so forth, through
```

In Re: Merry Charters, LLC

10/5/2000                                                                 Hearing

Page 5

1    Mohegan Sun and Merry Charters, LLC.
2            The program basically involves bringing
3    groups who arrive aboard buses for boat rides on
4    the Mystic River, offering these groups an
5    opportunity to visit the shops in downtown Mystic,
6    take a trip to Mystic Seaport or have a lobster
7    dinner at one of the participating restaurants.
8    And the restaurants that have participated in the
9    program this year are Abbott's Lobster in the
10   Rough in Noank, the S&P Oyster Company, and the
11   banquet division of the (inaudible).
12           The current location of the Mystic
13   Belle downtown was originally one of two locations
14   where the boat would dock to allow passengers to
15   access downtown Mystic shops and the S&P Oyster
16   Company.  The Mystic Belle was originally docked
17   as it's primary berth at the Noank Shipyards.  The
18   downtown dock, it was secondary to Noank Shipyard,
19   but it was necessary as a strategic location for
20   passengers to arrive in downtown Mystic by water
21   and because of its proximity to Mystic Seaport and
22   the S&P Oyster Company.
23           Just as the season began in late May
24   and early June, a very large passenger vessel
25   began service to Noank Shipyard and was picking up

Page 6

1    passengers who were arriving at Noank Shipyard by
2    bus, and the buses were transporting passengers to
3    Noank each Sunday, which created a firestorm, as
4    you may know, with Noank residents regarding the
5    usage of buses through the downtown area.  As a
6    result, the Noank Shipyard requested that I make
7    alternative arrangements for our passengers and
8    our buses, even though we -- even thought the
9    Mystic Belle and Merry Charters didn't have
10   anything to do with that larger passenger vessel.
11            So they requested that we find another
12   spot until a definitive resolution could be
13   reached, and this action effectively made the
14   boat's dockage in Noank useless.
15            In existing contracts that we have with
16   carriers, travel agents, Mystic Seaport, various
17   restaurants and so forth, it required specific
18   performance on our part.  So at this point it
19   became necessary for us to utilize the downtown
20   dockage for the boat as a primary location.
21            We began to reroute our groups to
22   Mystic Seaport directly where specific bus parking
23   is available.  And also some buses drop passengers
24   off on Holmes Street in Mystic when groups wanted
25   to visit the downtown Mystic shops.

In Re: Merry Charters, LLC

10/5/2000                                                        Hearing

Page 12

1            You may proceed.
2            MR. SHILLO: So then I'd like to
3    outline the activities that we're conducting.
4    Aside from the groups, the Mystic Belle offers
5    30-minute cruises -- this is the new addition when
6    we saw that there was so much interest in the
7    boat.  We offer 30-minute cruises of the upper
8    Mystic River north of the downtown highway bridge
9    and Mystic Seaport Museum's waterfront.
10           We begin our day at 11:30 a.m. and
11   conduct approximately 7 to 8 trips a day,
12   concluding at around 8:00 p.m.  Our season's
13   average per trip passenger count is between 12 and
14   14.  Many of our passengers are children
15   accompanied by parents or grandparents.  Our
16   customers are generated from several different
17   sources.
18           Except for bus groups, our passengers
19   do not come to downtown Mystic specifically to
20   ride the Mystic Belle.  Rather the Mystic Belle is
21   a spontaneous activity, and as I told you, we
22   don't use any advertising in publications and so
23   forth.
24           So I'd like to thank the Commission for
25   the opportunity to present this information.  I

Brandon Smith Reporting