## 7.9 MINIMUM RESIDENTIAL STANDARDS - ALL DISTRICTS

The following gross floor area requirements shall be utilized in calculating allowed density in connection with any applications wherein a Floor Area Ratio (FAR) is controlling:

| No. of Bedrooms | Required Gross Floor Area |
|---|---|
| Efficiencies 0 | 400 square feet |
| 1 | 600 square feet |
| 2 | 900 square feet |
| 3 | 1200 square feet |
| Each additional | 250 square feet each |

## 7.10 OFF-STREET PARKING REQUIREMENTS

Parking shall be a required accessory use for each use proposed and shall be shown on all site plans and evaluated in terms of need and sufficiency of design.

7.10.1   *Design Requirement.*  Layout of parking lots shall comply with the following:

7.10.1.1   A space shall be separate from access drives and shall have a dustless surface.

7.10.1.2   Required spaces shall be on the lot proposed for development and be under single ownership and control.

7.10.1.3   Parking areas shall include clear and visible travel ways with adequate means for turning around. Such travel ways shall be at least 24' wide for two-lane traffic.

7.10.1.4   Spaces of all types of surfaces shall be provided with drainage sufficient to handle runoff from a 25-year storm.

7.10.1.5   Parking space dimensions shall be a minimum of 9' x 18', except for parking for the handicapped in compliance with 7.10.3.

7.10.1.6   No access shall be located within 50 feet of the intersection of the edge of the street right-of-way lines. No planting or device is allowed in this clear zone over a height of 2 feet or under a height of 7 1/2 feet from road elevation.

7.10.1.7   The parking surface shall be treated with bituminous paving products. The Planning and Zoning Commission may allow an alternate surface if the use is a low traffic generator, and the Commission is satisfied with maintenance provisions.