UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MERRY CHARTERS, LLC and<br>CARL SHILLO<br><br>v.<br><br>TOWN OF STONINGTON, STONINGTON<br>PLANNING & ZONING COMMISSION,<br>ZONING BOARD OF APPEALS OF THE<br>TOWN OF STONINGTON, EDWARD T.<br>SULLIVAN and GEORGE THAYER | NO.: 3:02CV336 (MRK) |

### AFFIDAVIT OF JOE LARKIN

I, Joseph M. Larkin, being duly sworn, depose and say that:

1. I am over eighteen years of age;

2. I believe in the obligations of an oath;

3. I am the Zoning Enforcement Officer for the Town of Stonington and have held this position since April 1992.

4. I am familiar with the zoning regulations for the Town of Stonington.

5. At Attorney Powell's request, I have researched the history of Anthony J's restaurant located at 6 Holmes Street.

6. Based upon the documents in the zoning office and minutes of Planning and Zoning Commission meetings, I have concluded the following:

7. Anthony J's began business in 1984 or 1985. The former zoning

1

enforcement officer, Ruth Hoffman, issued to Anthony J's a certificate of compliance dated April 18, 1985, based upon a prior approval from 1977 given by the Commission to the "Mischievous Carrot", a health food restaurant which had 10 tables. (This certificate is attached.) As a result, it does not appear that Anthony J's needed a new special use permit. Another zoning enforcement officer, James Jeffries also determined the restaurant was in compliance with zoning on August 21, 1984. In November 1984, the Zoning Commission approved Anthony J's liquor permit.

8. I researched the applicable zoning regulations from 1977. At that time, 6 Holmes Street was located in a "Local Shopping" Zone ("LS"), a zone that no longer exists. I researched the parking requirements for a restaurant located in the LS zone to determine how much parking was needed by the Mischievous Carrot. The 1977 regulations required 1 space per 5 seats. Therefore, the Mischievous Carrot only needed 2 spaces for their 10 seat restaurant.

9. The application that was filed by the "Mischievous Carrot" (attached) indicated they had 7 on-site parking spaces and 5 adjacent, on-street spaces. The applicant also represented that they had verbal permission to use the Valenti Chevrolet (in the afternoon and on Sunday) parking and parking at St. Patrick's Church (in the morning, Monday through Saturday) "only as an extra precaution for [their] existing parking." Therefore, the on-site spaces covered their requirements.

10. In sum, it appears from the zoning files that Anthony J's was permitted to operate and not required to obtain a special use permit by a former zoning enforcement officer, based upon her determination that it was a previously approved use. The prior approval was under different zoning regulations, where the applicant complied with the applicable parking regulations.

Dated at Stonington, Connecticut, this 25th day of May, 2004.

_____, CZEO
Joseph M. Larkin, CZEO

| | |
|---|---|
| STATE OF CONNECTICUT | ) |
| | ) ss: Stonington |
| COUNTY OF NEW LONDON | ) |

Subscribed and sworn to before me this 25th day of May, 2004.

Sherrill A. Krynick
Notary Public
My Commission Expires
September 30, 2008,

_____
Notary Public
My commission expires: 9/30/08