# TOWN OF STONINGTON

## CERTIFICATE OF ZONING COMPLIANCE

June 5, 2001

*This Certificate is hereby granted*

To:   Mystic Whaler Cruises, Inc.

of:   15 Holmes Street, Mystic, CT 06355

for:   Operation of the Mystic Whaler

*This is to certify that the below listed property substantially complies with the Town of Stonington Zoning Regulations.*

**Property Location:**   15 Holmes Street, Mystic, CT 06355

**Special conditions or stipulations:** Commercial use of this dock and property predates the adoption of Zoning Regulations by the Town of Stonington.

*[signature]*
Zoning Enforcement Officer

Date   6-5-01