THE TOWN OF STONINGTON
Planning and Zoning Commission
152 Elm Street, P.O. Box 352
Stonington, Connecticut 06378

June 28, 1993

Phathon J. Mathews
Box 487
Mystic, CT 06355

RE: Canoe & Yacht Rentals at 7 Holmes St., Mystic

Dear P.J:

I have reviewed your proposed operations at 7 Holmes Street, Mystic with the Town's Attorney and am now of the opinion that no zoning violation would occur as a result of this proposal. Actually, your proposal is viewed as more conforming and a de-intensification of a non-conforming use. The former berthing of The Mystic Whaler and The Mystic Clipper at this site had a greater impact on the area.

The Connecticut Supreme Court decision of June 8, 1993 summarized the law of non-conforming uses and how they can expand and when such expansion or change is illegal. Three factors identified by the court seem to apply to the "Schooner" situation in Mystic. They are as follows:

1. The extent to which the current use reflects the nature and purpose of the original use.
2. Any differences in the character, nature, and kind of use involved.
3. Any substantial difference in effect upon the neighborhood resulting from differences in the activities conducted on the property.

As near as I can determine, the non-conforming use of rental boats for sightseeing on the Mystic River is carried on outside the jurisdiction of the zoning authority. However, the landward parking requirements do come under the umbrella of zoning. The use of the parking facilities will be diminished from what would be required if both schooners were still simultaneously operating. The proposed non-conforming use will require less parking, therefore it is less intense than your original operation.

I hope this clarifies your understanding of your status as a pre-existing non-conformity. If I can be of further assistance in this matter, please don't hesitate to contact me at the Town Hall.

Very truly yours,

*Joseph M. Larkin*

Joseph M. Larkin
Zoning Enforcement Officer

cc: Planning and Zoning Commission
    Peter Dibble