Merry Charters, LLC vs Town of Stonington

1/15/2004                                                    Joseph Larkin

Page 207

1                    UNITED STATES DISTRICT COURT
                         DISTRICT OF CONNECTICUT

2

3                                                    COPY

4

5      --------------------------------x
       MERRY CHARTERS, LLC and          : CIVIL ACTION NO.
6      CARL SHILLO                       : 3:02CV336(MRK)
                                         :
7      VS.                               :
                                         :
8      TOWN OF STONINGTON, STONINGTON    :
       PLANNING & ZONING COMMISSION,     :
9      ZONING BOARD OF APPEALS OF THE    :
       TOWN OF STONINGTON, EDWARD T.     :
10     SULLIVAN and GEORGE THAYER        :
       --------------------------------x

11

12

13                  VOLUME III - Pages 207 - 251

14

15     CONTINUED DEPOSITION OF:  JOSEPH LARKIN
       DATE:  JANUARY 15, 2004
16     HELD AT:  STONINGTON POLICE DEPARTMENT
                  ROUTE 1
17                STONINGTON, CONNECTICUT

18

19

20

21

22

23

       Reporter:  MARY Z. ARMANDO, LSR # 00222
24            BRANDON SMITH REPORTING SERVICE
                  44 Capitol Avenue
25         Hartford, Connecticut   06106
                  (860) 549-1850

8de50d36-4710-421d-a5dc-c5c

Merry Charters, LLC vs Town of Stonington

1/15/2004                                                Joseph Larkin

Page 231

1    you.

2            MR. SZILAGYI:  Is that all right, Melinda?

3            MS. POWELL:  Yes.

4    BY MR. SZILAGYI:

5        Q.   The other thing we were talking about last

6    time, Mr. Larkin, was some correspondence that was

7    relied on when the decision was made to grandfather the

8    Argia at the new dock over on the Mystic side of the

9    river; do you remember that?

10       A.   I vaguely remember it now.

11       Q.   Do you remember our discussion about it?

12       A.   Vaguely, yes.

13       Q.   And is it your belief that there is such

14   correspondence or some documentation that was relied on

15   in connection with making the decision to grandfather

16   the Argia?

17       A.   Well, the decision that I made was based on a

18   letter that I wrote to P.J. Matthews around 1993 stating

19   that there were two commercial tour boats at that site.

20   P.J. Matthews actually owned that site at that time.  He

21   is since deceased.  But I forgot to get that for you for

22   today.  I could forward that to you should I be able to

23   get my hands on it.

24       Q.   Well, why don't you give it to Attorney Powell

25   and then she can get it along to me.

Brandon Smith Reporting Service

8de50d36-4710-421d-a5dc-c5c9948dd83a