# Town of Stonington, Connecticut
## PLANNING AND ZONING COMMISSION

CERTIFICATE OF USE AND COMPLIANCE

PLANNING AND ZONING COMMISSION

TOWN OF STONINGTON, CONNECTICUT 06378

This is to certify that the building located on __6 Holmes Street,__ __Mystic__ constructed as a __restaurant__ for __Robert Cushman/Anthony Torraca__ under Zoning Permit # __77-280__ dated __11/29/77__ conform substantially to the requirements of the Zoning Regulations of the Town of Stonington.

__4/18/85__
DATE

_[signature: Ruth L. Hoffman]_
ZONING ENFORCEMENT OFFICER