# TOWN OF STONINGTON, CONNECTICUT

No. 77-280   Date Sept. 28, 1977

Application is hereby made to the Planning and Zoning Commission to SPECIAL PERMIT TO CONDUCT A NATURAL FOODS RESTAURANT (SMALL HOME KITCHEN - 10 TABLE MAX) IN AN EXISTING BUILDING.

Location of Property 6 HOLMES ST, MYSTIC   Assessor's Parcel No. _____

Development EXISTING BUILDING   Lot No. MYSTIC 5369099 or 5367884

Name of Owner ALBERT GORING   Address LITCHFIELD Ct. 4890267

Zone LS   Width of lot 45.5'   Depth of lot 108.7'   Area of lot 5445.85'

Size of building see SKETCH   Area of building _____   Stories TWO

Type of Construction WOOD FRAME BUILDING

Front Yard ON PROPERTY LINE   Rear yard 72'   Side yard 0-10'

Use of building or land We would like to serve the community by creating a small natural foods (no preservatives - Home cooking) restaurant with a home type kitchen and a small 10-12 table capacity out of the existing building on 6 Holmes Street 1st floor.

Remarks We are 3 young Mystic Women, dedicated to non-preservative natural cooking who would like to give the people in Stonington and Mystic area a chance to experience good unadulterated food. We hope to become envolved in the community through promoting organic gardening and buying the

Private sewage desposal systems and wells must be approved by the local health officer.

RECEIVED
SEP 28 1977
PLANNING & ZONING OFFICE

Signatures Margaret Clark   c/o 5362011
Owner
Kathy Weinberger
Jennifer Bulsaic   5364819
Agent

Approved by [signature]   Date 12/21/77
Zoning Permit No. 77-280   issued.

Disapproved by _____   Date _____

Reason _____

Margaret Clark
c/o Good Bread Bakery
17 Water Street
Mystic, Ct 06355

(cont)

Produce from local people and by arranging a possible work-study program with Fitch High/Stonington High/New London Alternative School students. Both Jennifer and Margaret are former public school educators. Other local community interaction will also be promoted during the future.

We have asked for a 5 year lease thus showing our commitment to the area. We realize parking is and will be a problem in Mystic. We would like to do our part to exist and coexist with other Mystic establishments without creating an added burden. For this reason we have asked permission of Valenti Chev. and St. Patrick's Church to give us verbal permission to utilize their areas only as an extra precaution for our existing parking. We plan on keeping our restaurant small and feel we have adequate parking of our own with 5 spaces on the street in front of our shop and 7 in the back. Our plan is for 10 tables or 12 max. with 4 persons per table.

Thank you