# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MERRY CHARTERS, LLC | : | |
|     Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:02CV336(MRK) |
| v. | : | |
| | : | |
| TOWN OF STONINGTON, STONINGTON | : | |
| PLANNING & ZONING COMMISSION, | : | |
| ZONING BOARD OF APPEALS OF THE | : | |
| TOWN OF STONINGTON, EDWARD T. | : | |
| SULLIVAN and GEORGE THAYER | : | |
|     Defendants | : | JUNE 3, 2004 |

## SUPPLEMENTAL AFFIDAVIT OF CARL SHILLO

Comes now the affiant, Carl Shillo, and being duly sworn upon his oath and being over the age of eighteen (18), does hereby attest to the court as follows:

1.  That I currently reside at 336 Hebron Road, Andover, Connecticut.

2.  That I received certain documents via regular mail from Arthur Kirkpatrick that related to Trader Jack's zoning application, PZ0113SUP.

3.  That it was my understanding that Mr. Kirkpatrick was acting as a member of the public in opposition to Trader Jack's zoning application and that he compiled the documents with his daughter, Marilyn Green.

4. That the documents contained information stating that Anthony J's has twenty-one (21) off-site parking and no on-site parking.

5. That it was my understanding that Mr. Kirkpatrick and Ms. Green intended to submit these documents to the Stonington Planning and Zoning Commission, and that they would become part of the public record.

6. That I inspected the Stonington Planning and Zoning Commission's file regarding Trader Jack's application on at least two (2) occasions, on or about October 2001 and June 2, 2004.

7. That the file is kept in the Stonington Planning and Zoning Commission's office at the Town Hall.

8. That the file contains documents submitted by Mr. Kirkpatrick and Ms. Green, including the documents entitled "Parking (Map)" and a handwritten map.

9. That the Public Hearing Exhibit Form for Trader Jack's application indicates that the documents submitted by Mr. Kirkpatrick and Marilyn Green were marked by the Commission as Exhibit 12.

10. That the document entitled "Parking (Map)" and the handwritten map are part of Exhibit 12 in Trader Jack's file.

11. That the documents in Exhibit 12 of Trader Jack's file bear the stamp of the Stonington Planning and Zoning Commission and are date-stamped May 8, 2001.

12. That on both occasions that I inspected Trader Jack's file, I photocopied Exhibit 12 while I was at the Stonington Planning and Zoning Commission's office in Town Hall.

THE AFFIANT,

By:_____
   Carl Shillo

Subscribed and sworn to before me on this ___ day of June, 2004.

_____
JOSEPHINE A. SPINELLA
Commissioner of the Superior Court