PUBLIC HEARING EXHIBIT FORM

Application: #PZ0113SUP Trader Jacks

Date of Hearing: 5/15/01

| Exhibit # | Item Description |
|---|---|
| 1 | Application |
| 2 | Police Complaints |
| 3 | Photographs (18) |
| 4 | Joe Larkin's Report |
| 5 | Petition in Support |
| 6 | Reference Booklet & Presentation |
| 7 | Petition in Opposition |
| 8 | Police Report 4/27/01 |
| 9 | Sarah Pereira - Comments |
| 10 | Suzanne Dodge - comments |
| 11 | Letter - George Crouse Sr. |
| 12 | Parking Map - Marilyn Green |
| 13 | Restaurant Seat Analysis - Marilyn Green |
| 14 | Floor Plan of Trader Jacks Rest. |
| 15 | Mrs. Marilyn Green's Comments |
| 16 | Video |
| 17 | Comments Timothy Green |
| 18 | Comments - Dora Hill |
| 19 | Comments - Rebuttal 6/7/01 - J. Westcott |
| 20 | Revised Parking Calculations |
| 21 | Original liquor permit license + liquor Re |
| 22 | Petition |
| 23 | Letter Fire Protection Design + Consult. |

# PUBLIC HEARING EXHIBIT FORM

Application: _Trader Jack's_

Date of Hearing: _____

| Exhibit # | Item Description |
|---|---|
| 24 | Letter from Waste Management |
| 25 | Fire Marshal's Seating Capacity – 150 |
| 26 | Mr. Kirkpatrick's Presentation |
| 27 | Suzanne Donch comments |
| 28 | Marilyn Greene comments |
| 29 | Timothy Greene comments |

Mary:  May 5, 2001

I will use this Parking Analysis in my presentation at the hearing. I found it very interesting and wanted to share it with you. I have not developed the picture of the sign that shows the 5 spaces for boats docked at 5 Holmes St. I will have the picture for proof at the hearing.

A. KIRKPATRICK  10 CHURCH ST.
536-9739
Kirk

RECEIVED MAY 8 2001 TOWN OF STONINGTON PLANNING & ZONING

## Parking Analysis for Holmes and Church St.

| LOCATION | SEE NOTE | PARKING REQ'D | PARKING OFF STREET | PARKING ON STREET |
|---|---|---|---|---|
| Lignum Vitae LLC 14 Holmes St. | 1 | 65 | 51 | 14 |
| Lignum Vitae LLC 15 Holmes St. | 2 | 66 | 40 | 26 |
| S&P Oyster Restaurant | 3 | 61 | 40 | 21 |
| Anthony J's Restaurant | 4 | 21 | 0 | 21 |
| Boats docked at 5 Holmes St. (Valenti) | 5 | 5 | 0 | 5 |
| TOTAL | | 218 | 131 | 87 |
| Parking Available on Holmes St. (actual count) | | | | 18 |
| Parking Available on Church St. (actual count) | | | | 3 |
| **Number of Parking Spaces Unavailable** | | | | 66 |

NOTES
1. This information was derived from the applicant's site plan. The parking required is an average of their serving times.
2. Details of the estimated parking is attached.
3. This information was acquired from the restaurant's manager.
   a. Number of seats and employees.
   b. Off street parking includes 26 parking spaces on-site and 14 parking spaces on the corner of Church and Holmes St.
4. This information was acquired from the restaurant's manager.
   a. Number of seats and employees.
   b. No off street parking available.
5. Parking for these boats was at 14 Holmes St., but these spaces are no longer available under the new ownership. (See the attached picture of the sign that was located at the entrance to the 14 Holmes St. parking lot.)



RECEIVED MAY 8 2001 TOWN OF STONINGTON PLANNING & ZONING

## Estimated Parking for 15 Holmes Street

| SPECIFIC USE/TENANT | SEE NOTE | APPROX FLOOR AREA (SF) | APPROX EMPLOYEE QTY (Each) | PARKING REQ'D Per Floor Area (SF) | PARKING REQ'D Per Employee (SF) | REQ'D PARKING |
|---|---|---|---|---|---|---|
| **OFFICE USE/WOOD BUILDING** | | | | | | |
| 1/2 Total Building Area | 1 | 3277.5 | | 250 | | 13.11 |
| **RETAIL USE/WOOD BUILDING** | | | | | | |
| 1/2 Total Building Area | 2 | 3277.5 | | 150 | | 21.85 |
| **DOCK USAGE** | | # of Passengers | Passengers/Space | # of Crew Members | Employee/Space | |
| Cruise Yacht for Hire | 4 | 18 | 4 | 3 | 1 | 7.5 |
| Mystic Whaler | | 20 | 4 | 5 | 1 | 10 |
| Schooner | 3 | 20 | 4 | 5 | 1 | 10 |
| Power & Sailboats | 4 | | | | | 4 |
| **TOTAL** | | | | | | 66 |

NOTES
1. Two offices are presently located in what is estimated to be in one-half of the wooden building.
2. This space is occupied by the Boat Stuff Nautical Consignment retail store which is estimated to be in one-half of the wooden building.
3. This schooner will arrive after the hearing for the Special Permit Use Application.
4. These boats are presently located at the 15 Holmes St. docking facilities.
5. This estimate was created due to lack of data on file at P&Z.
6. The area of the wooden building was calculated using the building size as 160' x 41'.

#12
#PZ0113SUP

## PARKING (MAP)

This map, drawn to account for existing parking spaces, shows the three restaurants (Anthony J's, S&P Oyster House, and Trader Jack's) have been allowed the same parking spaces at the same operating times on Holmes Street to meet their parking requirements for a special-use permit.

Pg. 1    Anthony J's has 21 parking spaces on Holmes Street. They have no off-street parking.

Pg. 2+3    S&P Oyster has been allowed 13 parking spaces since 1994 on Holmes Street.

Pg. 4    Trader Jack's was allowed 8 parking spaces on Holmes Street in 1993 when he applied for a 100-seat restaurant.

Pg. 5    On the most recent site plan dated 4/20/01, Trader Jack's has applied for 10 parking spaces on Holmes Street, an increase of 2 from 1993.

Will 15 Holmes Street need any parking spaces on Holmes Street?

This is an example of over-use of the same parking spaces to get a special-use permit approved. This creates parking problems.

In the Preamble, 1.0.1., it states in part that these zoning regulations are designed to <u>lessen congestion in the streets</u>, to secure safety from fire, panic and other dangers, to insure the health and the general welfare of the people of Stonington.



Verbal Parking Information from Anthony J's Restaurant in 2001.

| | |
|---|---|
| No. of seats | 49.25 |
| No. of employees | 9 |
| No. of on-street parking (Holmes St.) | 21 |

1

# Mystic residents oppose permit to allow restaurant more seating

By JOE WOJTAS
Day Staff Writer

Mystic — Several downtown residents Tuesday opposed a request for a permit that would allow the S&P Oyster House restaurant to have 50 percent more seats than its current permit allows.

"It's a real shame that somebody ignores all the rules and regulations for 14 years and then gets around it by trying to take away (parking) from other people," said Ernestine Patterson, who owns a condominium at Mystic River Landing, adjacent to the restaurant.

"I think it's terrible we have to hire an attorney to come down here to fight (for) what is ours. It's a shame he's getting away with this."

Nel Messick of Stanton Place added, "This says it's all right to act first and then apply for a permit if you're found out."

The Stonington Planning and Zoning Commission closed the two-hour hearing Tuesday night. It will make a decision at a later date.

Although the restaurant's 1981 permit allows no more than 100 seats, it has had 153 seats since 1982. It is requesting permission for 156.

The commission issued a cease and desist order in March to building owner Robert Valenti because he refused to remove the extra seats. Instead he has asked for a special use permit for the extra 56 seats at the restaurant, located at the corner of Holmes and East Main streets.

Robert Mercer, a local architect representing Valenti and the restaurant, said there is enough parking to accommodate the 156 seats.

He said there would 27 spots in the restaurant lot, 13 on Holmes Street and 13 in a lot at the corner of Holmes and Church streets. He stressed no parking would be allowed for the restaurant at the Mystic River Landing condominiums. The on-street spots are also used by other businesses and opponents have said the extra seats will worsen the existing parking shortage and congestion in the downtown.

Commission member Robert Burridge said the issue boils down to whether the restaurant can use the spots on Holmes Street. He added parking standards and circumstances have changed since 1980.

The Board of Police Commissioners oppose the permit request, saying there is not enough parking downtown.

The audience and commission members chuckled when Messick presented a letter from Valenti to the Zoning Board of Appeals in which he complained about parking problems caused by the commission allowing expansion of non-conforming businesses.

Mercer said most of the condominium owners bought the property after the restaurant opened and "came in with their eyes open." He added there would still be parking problems if the restaurant had fewer seats, and it could go out of business without the extra tables.

Attorney Frank Eppinger, representing the condominium association, charged that the most parking spots the restaurant can claim is 42.

"They want to use spaces on the street next to the condos. He wants to make a claim to public spaces not immediately adjacent to the S&P Oyster House and the regs don't allow that. He has to eliminate those spots," said Eppinger.

He also questioned the 13 spots in the lot at Church and Holmes streets, saying it is also used by the condominiums and another restaurant.

S&P Oyster House

PARKING

13 Parking Spaces on Holmes St.

2

## S&P Oyster PARKING

PARKING ANALYSIS  FOR PROPERTY OF ROBERT & FRED VALENTI, RAYMOND GEREMIA

### CURRENT RESTAURANT SEATING

FIRST FLOOR     81   seats at tables
SECOND FLOOR    58   seats at tables
                   <u>14   seats at bar</u>
       total 153   seats

### PROPOSED RESTAURANT SEATING

FIRST FLOOR     84   seats at tables
SECOND FLOOR    58   seats at tables
                   <u>14   seats at bar</u>
       total 156   seats

(As Approved May 1996)

### PARKING CALCULATIONS

Required (table 7.10, DB5 Zone) 1 per 4 seats plus 1 per employee

Current Restaurant Requirements    153 / 4    = 38.25 spaces
                            14 employees    = <u>14    spaces</u>
                     total spaces required    = 52.25 spaces

Proposed Restaurant Requirements    156 / 4    = 39 spaces
                            14 employees    = <u>14    spaces</u>
                     total spaces required    = 53 spaces

Spaces Provided: in lot adjacent to S & P Oyster Rest.    = 27 spaces
              in lot on corner of Holmes & Church*    = 13 spaces
Holmes St. on street adjacent to site and corner lot**    = <u>13 spaces</u>
                     Total spaces provided    = 53 spaces

* Space had been allocated to Mystic River Tavern in 1982 and been maintained by the restaurant ever since including by current leasee- S & P Oyster Restaurant.

** The original restaurant was approved as part of a mixed use site which included the condominiums (see attached site plan 10/18/82). The condominiums currently have 2 times the number of spaces required. All of the condominium parking is off street parking. The additional street parking has been calculated as going with the original approved mixed use and used for the increased seating.    3



*[handwritten: PARKING 1993 / 1993]*

# GLENN R. CHALDER, AICP
PLANNING, ZONING & DEVELOPMENT CONSULTING FOR PUBLIC AGENCIES AND PRIVATE CLIENTS

*[handwritten: 1993 application for 100-seat restaurant — Trader Jack's]*

Application # P292064SUP - McFarland/Valenti
Stonington Planning & Zoning Commission
February 16, 1993

## PARKING ANALYSIS

**PARKING SUPPLY (63 Spaces)**

Based on an inspection and the site plan, the property at 14 Holmes Street that is the subject of this application (McFarland/Valenti) has at least 63 parking spaces available:

| Location | Number |
|---|---|
| On-site | 49 spaces |
| Holmes Street | 8 spaces |
| Forsyth Street | 6 spaces |
| TOTAL | 63 spaces |

Arrangements have also been made to lease an additional ten spaces from the Stonington Co. (across Holmes Street) if and when needed. An additional 7 spaces which might be available on Church Street and other nearby street parking spaces have not been included in this total.

**PARKING REQUIRED (106 Spaces)**

According to the Stonington Zoning Regulations, existing and potential uses at the subject property could require as many as 106 parking spaces:

| Use | Floor Area | Unit | Ratio | Parking |
|---|---|---|---|---|
| Retail | 14,588 sf | 14,588 | 1/200 sf | 72.94 |
| Professional Office | 3,900 sf | 3,900 | 1/250 sf | 15.60 |
| School | 1,500 sf | Staff | 1/employee | 5.00 |
| | | Students | 1/15 students | |
| Restaurant (Joni's) | 1,200 sf | Employees (5) | 1/employee | 5.00 |
| | | Seats (30) | 1/4 seats | 7.50 |
| TOTAL | 21,188 sf | | | 106.04 |

Of course, the actual uses at the site at the present time do not require this many parking spaces. In fact, the existing demand appears to be satisfied by the parking spaces available on site.

4

70 COUNTY ROAD · SIMSBURY, CT 06070
(203) 658-2238

EXHIBIT 3

Trader Jack's – 4/12/01

10 Parking Spaces on Holmes St.
(See site plan)

5