| | |
|---|---|
| MERRY CHARTERS, LLC and CARL SHILLO : | CIVIL ACTION NO. |
| Plaintiffs : | 3:02CV336(MRK) |
| v. : | |
| TOWN OF STONINGTON, STONINGTON PLANNING & ZONING COMMISSION, ZONING BOARD OF APPEALS OF THE TOWN OF STONINGTON, EDWARD T. SULLIVAN and GEORGE THAYER : | |
| Defendants : | AUGUST 6, 2004 |

## NOTICE OF APPEARANCE

Please enter my appearance for the Plaintiffs, MERRY CHARTERS, LLC and CARL SHILLO, in addition to the Appearances on file in the above case.

        THE PLAINTIFFS,
        MERRY CHARTERS, LLC and
        CARL SHILLO


        By:_____
          WILLIAM M. TIERNEY
          Silvester & Daly
          72 Russ Street
          Hartford, CT 06103
          Tel. (860) 278-2650
          Federal Bar No. CT25904

## **CERTIFICATION**

    I, William M. Tierney, attorney for the Defendants, hereby certify that a copy of the foregoing has been mailed, postage prepaid, in the United States Mail, this 6th day of August, 2004 to:

Melinda A. Powell, Esq.  
Howd & Ludorf  
65 Wethersfield Avenue  
Hartford, CT 06114

By:_____  
WILLIAM M. TIERNEY  
Silvester & Daly

shillo-merry/appearance-wmt.080604