| | |
|---|---|
| MERRY CHARTERS, LLC and CARL SHILLO : | CIVIL ACTION NO. |
| Plaintiffs : | 3:02CV336(MRK) |
| : | |
| v. : | |
| : | |
| TOWN OF STONINGTON, STONINGTON : | |
| PLANNING & ZONING COMMISSION, : | |
| ZONING BOARD OF APPEALS OF THE : | |
| TOWN OF STONINGTON, EDWARD T. : | |
| SULLIVAN and GEORGE THAYER : | |
| Defendants : | AUGUST 6, 2004 |

## MOTION FOR EXTENSION OF TIME

The Plaintiffs, Merry Charters, LLC and Carl Shillo, respectfully request to Answer the court's question, given at oral argument on July 29, 2004, out of time. The Plaintiffs submit that the deadline for filing the Supplemental Case Authority is currently August 4, 2004.

The undersigned counsel for the Plaintiffs submit that he contacted defense counsel on August 6, 2004, and that defense counsel was out of the office for the day. This is the Plaintiffs' first such Motion for Extension of Time.

        THE PLAINTIFFS,
        MERRY CHARTERS, LLC and
        CARL SHILLO


        By:_____
          WILLIAM M. TIERNEY
          Silvester & Daly
          72 Russ Street
          Hartford, CT 06103
          Tel. (860) 278-2650
          Federal Bar No. CT25904


## CERTIFICATION

I, William M. Tierney, attorney for the Defendants, hereby certify that a copy of the foregoing has been mailed, postage prepaid, in the United States Mail, this 6th day of August, 2004 to:

Melinda A. Powell, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114


        By:_____
          WILLIAM M. TIERNEY
          Silvester & Daly

shillo-merry/mot ext time.080604