# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MERRY CHARTERS, LLC | : | |
|     Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:02CV336(MRK) |
| v. | : | |
| | : | |
| TOWN OF STONINGTON and STONINGTON | : | |
| PLANNING & ZONING COMMISSION | : | |
|     Defendants | : | AUGUST 6, 2003 |

## PLAINTIFFS' SUPPLEMENTAL CASE AUTHORITY

The Plaintiffs in the above-captioned matter hereby submit this supplemental brief in response to the Court's inquiry of July 29, 2004, regarding whether a planning commission's action on a special use permit is discretionary.

Plaintiffs hereby agree that the Defendant's citation to Irwin v. Planning and Zoning Commission, 244 Conn. 619 (1998), is an accurate description of the discretion afforded a planning commission, and hereby adopt the same as their response to the Court's inquiry.

THE PLAINTIFFS,
MERRY CHARTERS, LLC and
CARL SHILLO


By:_____
  WILLIAM M. TIERNEY
  Silvester & Daly
  72 Russ Street
  Hartford, CT 06103
  Tel. (860) 278-2650
  Federal Bar No. CT25904


## CERTIFICATION

    I, William M. Tierney, attorney for the Plaintiff, hereby certifies that a copy of the foregoing has been mailed, postage prepaid, in the United States Mail, this 6th day of August, 2004 to:

Melinda A. Powell, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114


By:_____
  WILLIAM M. TIERNEY
  Silvester & Daly

shillo-merry/supp case auth.0806004