UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MERRY CHARTERS, LLC and<br>CARL SHILLO, | :<br>:<br>: |
| Plaintiffs, | :   NO. 3:02CV336 (MRK)<br>: |
| v. | :<br>: |
| TOWN OF STONINGTON and<br>STONINGTON PLANNING &<br>ZONING COMMISSION, | :<br>:<br>: |
| Defendants. | : |

## JUGDMENT

This matter came on for consideration on defendants' Motion for Summary Judgment and defendants' Motion to Strike before the Honorable Mark R. Kravitz, United States District Judge. The Court has reviewed all of the papers filed in conjunction with the motions and on October 28, 2004, entered a Memorandum of Decision granting the relief as to count, one, two, three and four of plaintiffs' Second Amended Complaint; declining to exercise supplemental jurisdiction over state law claims in counts five and six; and directing the Clerk to enter judgment.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants, on counts one through four and the case is dismissed as to counts five and six without prejudice to plaintiff's right to pursue these claims in state court.

Dated at New Haven, Connecticut, this 28th of October, 2004.

KEVIN F. ROWE, CLERK
By
 /s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi
Deputy Clerk

EOD: _____