UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MERRY CHARTERS, LLC and<br>CARL SHILLO | : <br> : <br> : | NO.:  3:02CV336 (MRK) |
| v. | : <br> : | |
| TOWN OF STONINGTON, STONINGTON<br>PLANNING & ZONING COMMISSION,<br>ZONING BOARD OF APPEALS OF THE<br>TOWN OF STONINGTON, EDWARD T.<br>SULLIVAN and GEORGE THAYER | : <br> : <br> : <br> : <br> : | <br><br><br><br>DECEMBER  7, 2004 |

## BILL OF COSTS

Pursuant to Local Rule 54(a), the defendants, Town of Stonington, Stonington Planning & Zoning Commission, Zoning Board of Appeals of the Town of Stonington, Edward T. Sullivan and George Thayer, hereby submit their bill of costs in the above-captioned case.  The Court granted Summary Judgment in favor of the defendants on October 29, 2004.  This bill of costs is filed within ten (10) days of such expiration.  A verification pursuant to 28 U.S.C. §1924 is attached hereto as **Exhibit A**.

    A.    Court filing fees - D. Conn. L.Civ.R. 54(c)1 (**Exhibit B.**)

    1.    Removal to Federal Court ($150.00)

Total Filing Fees:                          $150.00

    B.    Fees of the Process Server for Subpoenas for depositions -
           D. Conn. L.Civ.R. 54(c)1 (**Exhibit C.**)

    1.    Subpoena of Steven Shapiro, Ph.D. (11/19/03)
          Fee for Service  ($99.40)

    2.    Subpoena of Steven Sabo (1/7/04)
          Fee for Service  ($108.00)

    3.    Subpoena of William J. Russell, P.C. (2/3/04)
          Fee for Service  ($85.00)

    4.    Subpoena of Peter Glankoff (1/12/04)
          Fee for Service  ($88.00)

    5.    Subpoena of Mark Hamilton (3/3/04)
          Fee for Service  ($45.00)

Total Service Fees:                        $425.40


    C.    Fees of the Court Reporter – D. Conn. L.Civ.R. 54(c)2(ii) (**Exhibit D.**)

    1.    Deposition transcript of Joseph Larkin (Volume I) (10/16/03)
          1 Copy   ($182.25)

        Subtotal:                     $182.25

    2.    Deposition transcript of Carl Shillo (Volume I) (10/17/03)
          Original & 1 copy  ($399.50)

        Subtotal:                     $399.50

    3.    Deposition transcript of Joseph Larkin (Volume II) (10/24/03)
          1 Copy  ($281.25)

        Subtotal:                     $281.25

| | | |
|---|---|---|
| 4. | Deposition transcript of Carl Shillo (Volume II) (1/8/04) Original & 1 copy ($280.50) | |
| | Subtotal: | $280.50 |
| 5. | Deposition transcript of Edward Donnelly (1/13/04) 1 Copy ($141.75) | |
| | Subtotal: | $141.75 |
| 6. | Deposition transcript of Joseph Larkin (Volume III) (1/15/04) 1 Copy ($101.25) | |
| | Subtotal: | $101.25 |
| 7. | Deposition transcript of George Thayer (1/15/04) 1 Copy ($162.00) | |
| | Subtotal: | $162.00 |
| 8. | Deposition transcript of Edward T. Sullivan (1/19/04) 1 Copy ($191.25) | |
| | Subtotal: | $191.25 |
| 9. | Deposition transcript of Mary Villa (1/26/04) 1 Copy ($213.75) | |
| | Subtotal: | $213.75 |
| 10. | Deposition transcript of John Kramer (3/29/04) 1 Copy ($227.90) | |
| | Subtotal: | $227.90 |
| | Total deposition transcripts: | $2,181.40 |
| | **TOTAL FEES REQUESTED:** | **$2,756.80** |

        DEFENDANTS,
        TOWN OF STONINGTON,
        STONINGTON PLANNING & ZONING
        COMMISSION, TOWN OF STONINGTON
        ZONING BOARD OF APPEALS,
        EDWARD SULLIVAN and
        GEORGE THAYER


By /S/ Melinda A. Powell_____
   Melinda A. Powell
   ct17049
   Howd & Ludorf
   65 Wethersfield Avenue
   Hartford, CT  06114
   860 249-1361
   (860) 249-7665 (Fax)
   mpowell@hl-law.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 7th day of December, 2004.

Frank J. Szilagyi, Esquire
Josephine A. Spinella, Esquire
Silvester & Daly
72 Russ Street
Hartford, CT  06106

        /S/ Melinda A. Powell
        Melinda A. Powell

4