UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MERRY CHARTERS, LLC and<br>CARL SHILLO | : <br> : <br> : | NO.: 3:02CV336 (MRK) |
| v. | : <br> : | |
| TOWN OF STONINGTON, STONINGTON<br>PLANNING & ZONING COMMISSION,<br>ZONING BOARD OF APPEALS OF THE<br>TOWN OF STONINGTON, EDWARD T.<br>SULLIVAN and GEORGE THAYER | : <br> : <br> : <br> : <br> : | <br><br><br><br>DECEMBER 7, 2004 |

## VERIFICATION OF MELINDA A. POWELL

I, Melinda A. Powell, being duly sworn, depose and say:

1. I am over eighteen (18) years of age and I believe in the obligation of an oath;

2. I represented the defendants, Town of Stonington, Stonington Planning & Zoning Commission, Zoning Board of Appeals of the Town of Stonington, Edward T. Sullivan and George Thayer, in the above-captioned case and have knowledge of the facts of the case and the costs incurred by Town of Stonington, Stonington Planning & Zoning Commission, Zoning Board of Appeals of the Town of Stonington, Edward T. Sullivan and George Thayer in defending this case; and

3. The items in the defendants' Bill of Costs are correct and have been necessarily incurred in this case and the services for which fees have been charged were actually and necessarily performed.

Dated at Hartford, Connecticut, this 7th day of December, 2004.

/S/ Melinda A. Powell
Melinda A. Powell

STATE OF CONNECTICUT )
                            ) ss: Hartford
COUNTY OF HARTFORD )

Subscribed and sworn to before me this 7th day of December, 2004.

/S/ Kevin M. Tighe
Commissioner of the Superior Court