HOWD & LUDORF
CHECK REQUEST
CLIENT DISBURSEMENT ACCOUNT

CL _____ DATE _____
CODE _____ CK _____
T/B _____

FILE NAME 42-19450 - Nancy Charters v. Stonington   DATE 2/25/02
AMOUNT 150.—   PAYEE Clerk - District Court   DESCRIPTION Removal

REQUESTED BY: _____

---

**HOWD & LUDORF**
ATTORNEYS AT LAW
65 WETHERSFIELD AVENUE
HARTFORD, CONNECTICUT 06114-1190

SAVINGS BANK
OF MANCHESTER
51-7018-2111

3778

CHECK NO.   CHECK DATE   VENDOR NO.
            02/25/02     000148

PAY ONE HUNDRED FIFTY AND 00/100 DOLLARS**************

CHECK AMOUNT
$**********150.00

TO THE ORDER OF   U.S. District Court

CLIENT DISBURSEMENT ACCOUNT
VOID IF NOT CASHED WITHIN 60 DAYS

*Nancy Peck* (signature)

⑈003778⑈ ⑆211170185⑆ 9500 715 927⑈

---

**HOWD & LUDORF**

                                                                    3778
    000148  U.S. District Court
                                                                  003778

 14071  42-19450        2/22/02         150.00         150.00        .00
    Ref: Charters v Stonington
removal fee


Check Total                                            150.00

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com