November 20, 2003

**CONNECTICUT PROCESS SERVING, LLC**
9 Beaumont Street
East Hartford, CT, 06108-1533
(860) 528-2920 , (860) 528-2720 Fax

**RETURN SERVICE REQUESTED**



Our EIN # 06-1445325

Invoice



NOV 24 2003

BY: ........................

**MELINDA A. POWELL, ESQUIRE**
**HOWD & LUDORF**
65 WETHERSFIELD AVENUE    *Attn: Kim*
HARTFORD CT 06114-1190

860-249-1361 Business
860-522-9549 Fax

Reference Job **#65501** when remitting.

Merry Charters, LLC vs Town of Stonington and
Stonington Planning & Zoning Commission,

Docket/Case Number: **3:02CV336 (MRK)**
Subpoena In A Civil Case
**Steven Shapiro, Ph.D.**

Service $45.00
Witness Fees $54.40

Fee for Service: $99.40

Completed Personal Service to Steven Shapiro, Ph.D. on
November 19, 2003 at 3:28 PM,
at: Analytic Resources, LLC, 8 Lunar Drive,
Woodbridge, CT 06525
by Michele Avery, Process Server
Action/Hearing Date **December 2, 2003, @ 10:00 AM**.

Work Tel: **203-397-8935** Sex: **Male** Skin: **White** Hair: **Black** Height: **5'9" - 6'** Weight: **131-160 lbs** Age: **36-50**
Other: **Glasses**

BALANCE DUE: $99.40

**Thank You!**
We Appreciate Your Business.

CL _____    DATE _____
CODE _____    CK 6712
TR 20705    T/B _____

January 8, 2004

**CONNECTICUT PROCESS SERVING, LLC**
9 Beaumont Street
East Hartford, CT, 06108-1533
(860) 528-2920 , (860) 528-2720 Fax

**RETURN SERVICE REQUESTED**



Our EIN # 06-1445325

Invoice

MELINDA A. POWELL, ESQUIRE
HOWD & LUDORF
65 WETHERSFIELD AVENUE
HARTFORD CT 06114-1190

*Attn: Kim*

860-249-1361 Business
860-522-9549 Fax

Reference Job #66557 when remitting.

Merry Charters, LLC vs Town of Stonington and
Stonington Planning & Zoning Commission,

Service $65.00
Witness Fees $43.00

**Docket/Case Number: 3:02 CV 336 (MRK)**
**Subpoena In A Civil Case**
**Steven Sabo**

Fee for Service: $108.00

Completed Personal Service to Steven Sabo on
January 7, 2004 at 12:40 PM,
at: Director Bus Marketing, Mohegan Sun Casino,
Uncasville, CT
by Michele Avery, Process Server
Action/Hearing Date **January 14, 2004, @ 2:30 PM**.

Sex: **Male** Skin: **White** Hair: **Black** Height: **5'9" - 6'** Weight: **161-200 lbs** Age: **36-50** Other: **Glasses**

**Job Notations: 1/5/04 @ 2:46 P.M. Mr. Sabo is either not in or not available. Officer Uccello called him several times but there was no answer.**

**BALANCE DUE: $108.00**

Thank You!
We Appreciate Your Business.

CL _____  DATE _____
CODE _____  CK 6939
TR 21077  T/B _____

February 3, 2004

**CONNECTICUT PROCESS SERVING, LLC**
9 Beaumont Street
East Hartford, CT, 06108-1533
(860) 528-2920 , (860) 528-2720 Fax

**RECEIVED**
**FEB 05 2004**
BY:................

**RETURN SERVICE REQUESTED**

Our EIN # 06-1445325

## Invoice

MELINDA A. POWELL, ESQUIRE
HOWD & LUDORF
65 WETHERSFIELD AVENUE
HARTFORD CT 06114-1190

*attn: Kim*

860-249-1361 Business
860-522-9549 Fax

Reference Job **#67456** when remitting.

Merry Charters, LLC vs Town of Stonington and
Stonington Planning & Zoning Commission,
**Docket Number: 3:02CV336 (MRK)**
**Subpoena In A Civil Case - William J. Russell, P.C.**
Served last and usual with Diane M. Russell, Office Manager
on February 3, 2004 at 1:15 PM,
at Keeper of Records, 113 Saybrook Road,
Middletown, CT 06457
by Michael Walton, Process Server
Action/Hearing Date **February 11, 2004, @ 1:00 AM**.

Service $45.00
Witness Fees $40.00

Fee for Service: $85.00

**BALANCE DUE: $85.00**

Thank You!
We Appreciate Your Business.

CL _____  DATE _____
CODE _____  CK 7074
TR 21346  T/B _____

April 26, 2004

**CONNECTICUT PROCESS SERVING, LLC**
9 Beaumont Street
East Hartford, CT, 06108-1533
(860) 528-2920 , (860) 528-2720 Fax

**RETURN SERVICE REQUESTED**
Our EIN # 06-1445325

MELINDA A. POWELL, ESQUIRE
HOWD & LUDORF
65 WETHERSFIELD AVENUE
HARTFORD CT 06114-1190
**ATTN: KIM**



Invoice

860-249-1361 Business
860-522-9549 Fax

Reference Job #66558 when remitting.
**Originally billed on January 13, 2004**

Merry Charters, LLC vs Town of Stonington and
Stonington Planning & Zoning Commission,

Docket/Case Number: 3:02 CV 336 (MRK)
Subpoena In A Civil Case
**Peter Glankoff**

Completed Personal Service to Peter Glankoff on
January 12, 2004 at 3:45 PM,
at: Director of Public Relations, Mystic Seaport, 75
Greenmanville Avenue, Mystic, CT
by Michele Avery, Process Server
Action/Hearing Date January 14, 2004, @ 2:30 PM.

Service $45.00
Witness Fees $43.00

Fee for Service: $88.00

Sex: Male Skin: White Hair: Brown Height: Over 6' Weight: 161-200 lbs Age: 51-65 Other: Glasses

Job Notations: 1/5/04 the office is closed. 1/7/04 @ 11:28 A.M. I spoke with with Betty, the secretary, who stated Mr. Glankoff is not in. She tried to reach him by phone, but did not get a reply. I left my number with Betty. 1/8/04 @ 3:49 P.M. Mr. Glankoff is not in. I left a voice message with Mr. Glankoff and Betty.

**BALANCE DUE: $88.00**

Thank You!
We Appreciate Your Business.

CL _____   DATE _____
CODE _____   CK 7433
TR 22202   T/B _____

March 3, 2004

**CONNECTICUT PROCESS SERVING, LLC**
9 Beaumont Street
East Hartford, CT, 06108-1533
(860) 528-2920 , (860) 528-2720 Fax

**RETURN SERVICE REQUESTED**

Our EIN # 06-1445325

**Invoice**

MELINDA A. POWELL, ESQUIRE
HOWD & LUDORF
65 WETHERSFIELD AVENUE
HARTFORD CT 06114-1190

860-249-1361 Business
860-522-9549 Fax

Reference Job **#67908** when remitting.

Merry Charters, LLC vs Town of Stonington and
Stonington Planning & Zoning Commission,

Service $45.00

Docket/Case Number: **3:02CV336 (MRK)**
Notice
**Mark Hamilton**

Fee for Service: $45.00

Completed Personal Service to Mark Hamilton on
March 3, 2004 at 11:25 AM,
at: Mohegan Sun Legal Department, Uncasville, CT
by Michele Avery, Process Server

Sex: **Male** Skin: **White** Hair: **Gray** Height: **5'9" - 6'** Weight: **161-200 lbs** Age: **51-65** Other: **Glasses**

**BALANCE DUE: $45.00**

**Thank You!**
We Appreciate Your Business.



RECEIVED
MAR - 4 2004

BY:
CL _____  DATE _____
CODE _____  CK 7271
TR 21625  T/B _____