# Brandon Smith Reporting Service, LLC

**Invoice**

44 Capitol Avenue
Suite 203
Hartford, CT  06106
Phone: (860) 549-1850     Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Monday, November 03, 2003 | 1380ss |

Melinda Powell
Howd & Ludorf
65 Westhersfield Avenue
Hartford, CT 06114

*OK to pay 134-19450*

Phone:                    Fax:

| | |
|---|---|
| Witness: | Larkin, Joseph |
| Case: | Merry Charters vs. Town of Stonington |
| Venue: | |
| Case #: | |
| Date: | 10/16/2003 |
| Start Time: | 2:00 PM |
| End Time: | : 0 |
| Reporter: | Bethany Carrier |
| Claim #: | |
| File #: | |

9199ss

| Description | Quan | Total |
|---|---|---|
| Copy | 81 | $182.25 |
| Shipping and Handling | 1 | $8.00 |
| 6% sales tax | 1 | $11.42 |
|  Sub Total |  | $201.67 |
|  Payments |  | $0.00 |
|  Balance Due |  | $201.67 |

CL _____  DATE _____
CODE _____  CK  6630
TR  20514    T/B _____

Fed. I.D. # 06-1448649

**We accept Visa, Mastercard and American Express!**



**NIZIANKIEWICZ MILLER & M**

972 TOLLAND STREET
EAST HARTFORD, CT 06108-1533
(860) 291-9191
FAX (860) 528-1972

RECEIVED
OCT 20 2003
BY: ..................

_Daniel S. Niziankiewicz_
_Robert Miller_

MELINDA A. POWELL, ESQUIRE
HOWD & LUDORF
65 WETHERSFIELD AVENUE
HARTFORD, CT 06114-1190

DATE     10/17/2003
INVOICE       29969
CLIENT          257
REFERENCE BOR

Re: MERRY CHARTERS, LLC   TOWN OF STONINGTON, ET AL
Assignment Date: October 10, 2003

Deposition Of - CARL SHILLO

```
                                    Total Amount $    399.50
                                             Tax $     23.97
                                        Total due $   423.47
```

WE APPRECIATE YOUR BUSINESS!
PAYMENT DUE UPON RECEIPT OF THIS INVOICE

O.K. TO Pay?
134 - 19450

CL _____   DATE _____
CODE _____ CK 6605
TR 20380   T/B _____

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444

CLIENT'S COPY

# Brandon Smith Reporting Service, LLC

Invoice

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850     Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Wednesday, November 12, 2003 | 7101BL |

Melinda Powell
Howd & Ludorf
65 Westhersfield Avenue
Hartford, CT 06114

RECEIVED
NOV 14 2003
BY: *OK to pay*
134 -19450 MPP

Phone:                    Fax:

| | |
|---|---|
| Witness: | Larkin, Joseph |
| Case: | Merry Charters vs. Town of Stonington |
| Venue: | |
| Case #: | |
| Date: | 10/24/2003 |
| Start Time: | 10:00 AM |
| End Time: | : 0 |
| Reporter: | Mimi Armando |
| Claim #: | |
| File #: | 9496ss |

| Description | Quan | Total |
|---|---|---|
| Copy | 125 | $281.25 |
| Shipping and Handling | 1 | $8.00 |
| 6% sales tax | 1 | $17.36 |
| Sub Total | | $306.61 |
| Payments | | $0.00 |
| Balance Due | | $306.61 |

*Charters v. Stonington*

CL _____    DATE _____
CODE _____   CK 6694
TR 20513   T/B _____

Fed. I.D. # 06-1448649

**We accept Visa, Mastercard and American Express!**



**972 TOLLAND STREET**
**EAST HARTFORD, CT  06108-1533**
**(860) 291-9191**
**FAX (860) 528-1972**

*Daniel S. Niziankiewicz*
*Robert Miller*



RECEIVED
JAN 1 2 2004
BY:................

MELINDA A. POWELL, ESQUIRE
HOWD & LUDORF
65 WETHERSFIELD AVENUE
HARTFORD, CT  06114-1190

DATE        01/08/2004
INVOICE       31711
CLIENT          257
REFERENCE REM

Re: MERRY CHARTERS, LLC    TOWN OF STONINGTON, ET AL
Assignment Date: December 19, 2003

Deposition Of - CARL SHILLO - VOLUME II

         Total Amount $     280.50
                 Tax $      16.83
         Total due $        297.33

WE APPRECIATE YOUR BUSINESS!
PAYMENT DUE UPON RECEIPT OF THIS INVOICE

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444

CLIENT'S COPY

Apr 29 04 12:08p     Brandon Smith Reporting     860-549-1537     p.1

# Brandon Smith Reporting Service, LLC

**Invoice**

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850    Fax: (860) 549-1537

| Thursday, January 22, 2004 | 7959BL |
|---|---|

Melanie a Dillon
Howd & Ludorf
65 Westhersfield Avenue
Hartford, CT 06114

ATT: Kim

Phone:             Fax:

| | | | |
|---|---|---|---|
| Witness: | Donnelly, Edward | | |
| Case: | Merry Charters and Carl Shillo vs. Town of Stonington | | |
| Venue: | | | |
| Case #: | 3:02cv336(mrk) | | |
| Date: | 1/13/2004 | | |
| Start Time: | 10:00 AM | | |
| End Time: | :0 | | |
| Reporter: | Mimi Armando | | |
| Claim #: | | | |
| File #: | | | 11571ss |

| | | | |
|---|---|---|---|
| Copy | | 63 | $141.75 |
| Shipping and Handling | | 1 | $8.00 |
| 6% sales tax | | 1 | $8.99 |
| | Sub Total | | $158.74 |
| | Payments | | $0.00 |
| | Balance Due | | $158.74 |

(19450)
Ok to Pay
4/28/04  Thanks
Roxanne

CL _____  DATE _____
CODE 22174  CK 7414
TR _____  T/B

Fed. I.D. # 06-1448649
We accept Visa, Mastercard and American Express!

## Brandon Smith Reporting Service, LLC

**Case Invoice**

44 Capitol Avenue
Suite 203
Hartford, CT 06106

Phone: (860) 549-1850  Fax: (860) 549-1537

**Date**
1/26/2004

Melinda Powell
Howd & Ludorf
65 Westhersfield Avenue

Hartford, CT 06114

Phone
Fax

### Merry Charters and Carl Shillo vs. Town of Stonington

| Invoice # | Claim No. | File No. | Billed | Paid | Witness | Job Date | | |
|---|---|---|---|---|---|---|---|---|
| 8002BL | | | 1/26/2004 | | Larkin, Joseph | 1/15/2004 | | |
| | Copy | | | | | | 45 | $101.25 |
| | Shipping and Handling | | | | | | 1 | $8.00 |
| | 6% sales tax | | | | | | 1 | $6.56 |
| | | | | | | Amount Paid | | $0.00 |
| | | | | | | Amount Due | | $115.81 |
| 8003BL | | | 1/26/2004 | | Thayer, George | 1/15/2004 | | |
| | Copy | | | | | | 72 | $162.00 |
| | 6% sales tax | | | | | | 1 | $9.72 |
| | | | | | | Amount Paid | | $0.00 |
| | | | | | | Amount Due | | $171.72 |
| | | | | | | Case Balance | | $287.53 |

Fed. I.D. # 06-1448649

*We accept Visa, Mastercard and American Express!*

# Brandon Smith Reporting Service, LLC — Invoice

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850    Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Thursday, January 29, 2004 | 8097BL |

Melinda Powell
Howd & Ludorf
65 Westhersfield Avenue
Hartford, CT 06114

*6R 134-1945?* (handwritten)

Phone:            Fax:

| | |
|---|---|
| Witness: | Sullivan, Edward T. |
| Case: | Merry Charters and Carl Shillo vs. Town of Stonington |
| Venue: | |
| Case #: | 3:02cv336(mrk) |
| Date: | 1/19/2004 |
| Start Time: | 10:00 AM |
| End Time: | : 0 |
| Reporter: | Vincent Delaria |
| Claim #: | |
| File #: | 11605ss |

| Description | Quan | Total |
|---|---|---|
| Copy | 85 | $191.25 |
| Multipage Condensed | 1 | $30.00 |
| Shipping and Handling | 1 | $8.00 |
| 6% sales tax | 1 | $13.76 |
| Sub Total | | $243.01 |
| Payments | | $0.00 |
| Balance Due | | $243.01 |



CODE 21262    7069 (handwritten stamp)

Fed. I.D. # 06-1448649

*We accept Visa, Mastercard and American Express!*

# Brandon Smith Reporting Service, LLC

**Invoice**

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850     Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Friday, January 30, 2004 | 8099BL |

Melinda Powell
Howd & Ludorf
65 Westhersfield Avenue
Hartford, CT 06114

RECE'D FEB 02 2004
BY: _____

| | |
|---|---|
| Phone: | Fax: |
| Witness: | Villa, Mary |
| Case: | Merry Charters and Carl Shillo vs. Town of Stonington |
| Venue: | |
| Case #: | 3:02cv336(mrk) |
| Date: | 1/26/2004 |
| Start Time: | 1:00 PM |
| End Time: | :0 |
| Reporter: | James Scally |
| Claim #: | |
| File #: | 11887ss |

| Description | Quan | Total |
|---|---|---|
| Copy | 95 | $213.75 |
| Shipping and Handling | 1 | $8.00 |
| 6% sales tax | 1 | $13.31 |
| Sub Total | | $235.06 |
| Payments | | $0.00 |
| Balance Due | | $235.06 |

21263   7069

Fed. I.D. # 06-1448649
**We accept Visa, Mastercard and American Express!**

## Brandon Smith Reporting Service, LLC

**Invoice**

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850    Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Friday, April 09, 2004 | 9631BL |

Melinda Powell
Howd & Ludorf
65 Westhersfield Avenue
Hartford, CT 06114

*RECEIVED APR 12 2004 BY [signature]*

*134-19450*

Phone:            Fax:

| | |
|---|---|
| Witness: | Kramer, John |
| Case: | Merry Charters and Carl Shillo vs. Town of Stonington |
| Venue: | |
| Case #: | 3:02cv336(mrk) |
| Date: | 3/29/2004 |
| Start Time: | 11:10 AM |
| End Time: | 3:01 PM |
| Reporter: | Kathleen Norton |
| Claim #: | |
| File #: | 13427ss |

| Description | Quan | Total |
|---|---|---|
| Copy | 86 | $227.90 |
| Shipping and Handling | 1 | $8.00 |
| 6% sales tax | 1 | $14.15 |
| Sub Total | | $250.05 |
| Payments | | $0.00 |
| Balance Due | | $250.05 |

CL _____   DATE _____
CODE _____   CK 8013
TR 22088   T/B _____

Fed. I.D. # 06-1448649
*We accept Visa, Mastercard and American Express!*