FILED

2004 DEC 16  P 2: 31

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MERRY CHARTERS, LLC<br>　　　　Plaintiff | CIVIL ACTION NO.<br>3:02CV336(MRK) |
| v. | |
| TOWN OF STONINGTON and STONINGTON<br>PLANNING & ZONING COMMISSION<br>　　　　Defendants | DECEMBER 15, 2004 |

## OBJECTION TO BILL OF COSTS

Pursuant to Local Rule 54 (b), the Plaintiffs, Merry Charters, LLC and Carl Shillo, hereby submit this Objection to the Defendants' Bill of Costs. The Defendants submitted a Bill of Costs dated December 7, 2004, in which they assert that they are entitled to the taxation of costs because the court entered judgment in their favor on their Motion for Summary Judgment. The Plaintiffs object to the Bill of Costs in so far as the Defendants claim that they are entitled to costs from both Merry Charters, LLC and Carl Shillo. In support of this Objection, the Plaintiffs submit that the court rendered judgment in the Defendants' favor on only the claims brought by Merry Charters. The court declined to rule on Carl Shillo's claim for negligent infliction of emotional distress. As such, the Defendants are not the prevailing party on Carl Shillo's claims against

them. Thus, the court should not tax the Defendants' costs against Carl Shillo but should tax their costs against only Merry Charters, LLC.

For the foregoing reasons, the Plaintiffs respectfully request that the court tax the costs against only Merry Charters, LLC.

                              THE PLAINTIFFS,
                              MERRY CHARTERS, LLC and
                              CARL SHILLO

By: _____
     JOSEPHINE A. SPINELLA
     Silvester & Daly
     72 Russ Street
     Hartford, CT 06103
     Tel. (860) 278-2650
     Federal Bar No. CT24009

## CERTIFICATION

I, Josephine A. Spinella, attorney for the Defendants, hereby certify that a copy of the foregoing has been mailed, postage prepaid, in the United States Mail, this 15th day of December, 2004 to:

Melinda A. Powell, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

By: _____
JOSEPHINE A. SPINELLA
Silvester & Daly

shillo-merry/obj bill of costs.121504