FILED

2004 DEC 16  P 2: 31

U.S. DISTRICT COURT
NEW HAVEN, CT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MERRY CHARTERS, LLC and CARL SHILLO : <br> Plaintiff | CIVIL ACTION NO. <br> 3:02CV336(MRK) |
| v. | |
| TOWN OF STONINGTON, STONINGTON PLANNING & ZONING COMMISSION, ZONING BOARD OF APPEALS OF THE TOWN OF STONINGTON, EDWARD T. SULLIVAN and GEORGE THAYER <br> Defendants | DECEMBER 15, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that the Plaintiffs, Merry Charters, LLC and Carl Shillo, have manually filed the following document or thing:

Objection to Bill of Costs

This document has not been filed electronically because

[x]  the document or thing cannot be converted to an electronic format
[ ]  the electronic file size of the document exceeds 1.5 megabytes
[ ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

THE PLAINTIFFS,
MERRY CHARTERS, LLC and
CARL SHILLO

By: /s/ J.A. Spinella
JOSEPHINE A. SPINELLA
Silvester & Daly
72 Russ Street
Hartford, CT 06103
Tel. (860) 278-2650
Federal Bar No. CT24009

### CERTIFICATION

I, Josephine A. Spinella, attorney for the Plaintiff, hereby certify that a copy of the foregoing has been mailed, postage prepaid, in the United States Mail, this 15th day of December, 2004 to:

Melinda Powell, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

By: /s/ J.A. Spinella
JOSEPHINE A. SPINELLA
Silvester & Daly

shillo-merry/notice manual filing.121504